# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RIGHT FIELD ROOFTOPS, LLC, d/b/a SKYBOX ON SHEFFIELD; RIGHT FIELD PROPERTIES, LLC; 3633 ROOFTOP MANAGEMENT, LLC, d/b/a LAKEVIEW BASEBALL CLUB; and ROOFTOP ACQUISITION, LLC, | ) | Case No. 15 cv 551 |
| Plaintiffs, | ) | Hon. Virginia M. Kendall |
| v. | ) | Magistrate Judge Michael T. Mason |
| CHICAGO BASEBALL HOLDINGS, LLC; CHICAGO CUBS BASEBALL CLUB, LLC; WRIGLEY FIELD HOLDINGS, LLC; and THOMAS S. RICKETTS, | ) | |
| Defendants. | ) | |

DECLARATION OF THOMAS M. LOMBARDO

1. I am an attorney with the law firm of Di Monte & Lizak, LLC, and I am counsel to the Plaintiffs in this matter.

2. I have personal knowledge of the contents of this Declaration, and if called as a witness, I can testify competently hereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the City of Chicago Landmark Designation Report for Wrigley Field, which I obtained from www.cityofchicago.org.

4. On November 1, 2014, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 2 is a true and correct copy of an article I located from www.freerepublic.com dated May 16, 2002.

5. On November 3, 2014, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 3-1 is a true and correct copy of a news article I located from www.nbcchicago.com dated April 16,

2012. Attached hereto as Exhibit 3-2 is a true and correct copy of a news article I located from www.bleachernation.com dated May 1, 2013. Attached hereto as Exhibit 3-3 is a true and correct copy of a news article I located from chicagocubsonline.com dated May 28, 2013. Attached hereto as Exhibit 3-4 is a true and correct copy of a news article I located from chicago.cbslocal.com dated May 1, 2013.

6. On November 4, 2014, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 4-1 is a true and correct copy of a news article I located from www.suntimes.com dated August 13, 2013. Attached hereto as Exhibit 4-2 is a true and correct copy of a news article I located from politics.suntimes.com dated May 21, 2014. Attached hereto as Exhibit 4-3 is a true and correct copy of a news article I located from www.myfoxchicago.com dated May 27, 2014. Attached hereto as Exhibit 4-4 is a true and correct copy of a news article I located from WGNtv.com dated July 10, 2014. Attached hereto as Exhibit 4-5 is a true and correct copy of a news article I located from www.bleedcubbieblue.com dated November 2, 2014.

7. On November 6, 2014, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 5 is a true and correct copy of a news article I located from www.thesportsbank.net dated January 19, 2014.

8. On November 11, 2014, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 6-1 is a true and correct copy of a news article I located from www.chicagotribune.com dated February 1, 2014. Attached hereto as Exhibit 6-2 is a true and correct copy of a news article I located

from sports.espn.go.com dated March 25, 2010. Attached hereto as Exhibit 6-3 is a true and correct copy of a news article I located from chicago.cbslocal.com dated April 15, 2013.

9. On January 9, 2015, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 7 is a true and correct copy of a news article I located from www.bleachernation.com dated April 15, 2013.

10. On January 22, 2015, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 8-1 is a true and correct copy of a news article I located from chicagoist.com dated August 15, 2010. Attached hereto as Exhibit 8-2 is a true and correct copy of a news article I located from www.chicagotribune.com dated April 15, 2013. Attached hereto as Exhibit 8-3 is a true and correct copy of a news article I located from news.yahoo.com dated May 1, 2013. Attached hereto as Exhibit 8-4 is a true and correct copy of a news article I located from www.mywrigleville.com dated May 1, 2013. Attached hereto as Exhibit 8-5 is a true and correct copy of a news article I located from www.chicagobusiness.com dated May 1, 2013. Attached hereto as Exhibit 8-6 is a true and correct copy of a news article I located from www.csnchicago.com dated January 18, 2014. Attached hereto as Exhibit 8-7 is a true and correct copy of a news article I located from sports.yahoo.com dated January 18, 2014. Attached hereto as Exhibit 8-8 is a true and correct copy of a news article I located from m.espn.go.com dated May 22, 2014. Attached hereto as Exhibit 8-9 is a true and correct copy of a news article I located from m.cubs.mlb.com dated May 22, 2014. Attached hereto as Exhibit 8-10 is a true and correct copy of a news article I located from www.dnainfo.com dated July 10, 2014. Attached hereto as Exhibit 8-11 is a true and correct copy of a news article I located from the www.dnainfo.com dated September 29, 2014. Attached hereto as Exhibit 8-12 is a true and

correct copy of a news article I located from chicagoconstructionnews.com dated September 29, 2014. Attached hereto as Exhibit 8-13 is a true and correct copy of a news article I located from chicagocubsonline.com dated December 4, 2014.

11. On February 5, 2015, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 9 is a true and correct copy of a news article I located from www.bleachernation.com dated October 31, 2013.

12. In early December, 2014, I visited http://chicago.cubs.mlb.com/chc/restore-wrigley and downloaded the pictures attached hereto as Exhibit 10-1 and Exhibit 10-2. At that time, the website indicated that Exhibit 10-1 reflected signage plans based on the July 10, 2014 Landmarks approval, and Exhibit 10-2 reflected changes to signage plans based on the December 4, 2014 Landmarks approval. Based on information provided to me by Marc Hamid, I inserted address and owner names into these pictures.

13. On February 10, 2014, I conducted an internet search for news articles related to the Chicago Cubs, Wrigley Field, and the Rooftop Businesses. Attached hereto as Exhibit 11 is a true and correct copy of a news article I located from usatoday30.usatoday.com dated October 30, 2009.

I, Thomas M. Lombardo, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2015

[signature]
Thomas M. Lombardo

# Exhibit A-1

LANDMARK DESIGNATION REPORT




# Wrigley Field

## 1060 W. Addison St.

**Preliminary Landmark recommendation approved by the Commission on Chicago Landmarks, November 1, 2000, and revised March 6, 2003**

**CITY OF CHICAGO**
**Richard M. Daley, Mayor**

**Department of Planning and Development**
**Alicia Mazur Berg, Commissioner**




**Cover: An aerial view of Wrigley Field.**

**Above: Wrigley Field is located in the Lake View community area on Chicago's North Side.**

*The Commission on Chicago Landmarks, whose nine members are appointed by the Mayor, was established in 1968 by city ordinance. The Commission is responsible for recommending to the City Council which individual buildings, sites, objects, or districts should be designated as Chicago Landmarks, which protects them by law.*

*The landmark designation process begins with a staff study and a preliminary summary of information related to the potential designation criteria. The next step is a preliminary vote by the landmarks commission as to whether the proposed landmark is worthy of consideration. This vote not only initiates the formal designation process, but it places the review of city permits for the property under the jurisdiction of the Commission until a final landmark recommendation is acted on by the City Council.*

*This Landmark Designation Report is subject to possible revision and amendment during the designation process. Only language contained within the designation ordinance adopted by the City Council should be regarded as final.*

# Wrigley Field

## 1060 W. Addison St.

**(bounded by Addison, Clark, Sheffield, Waveland, and the Seminary right of way)**

**Built:** **1914**
**Architects:** **Zachary T. and Charles G. Davis**
**Alterations:** **1922, 1927-28, 1937, and 1988**

*"One of the most beloved athletic facilities in the country . . . to be in Wrigley Field is to celebrate baseball as it was—and to discover the startling ability of a piece of architecture to evoke that time with easy grace."* – Paul Goldberger, architecture critic, *New York Times,* 1988

*"Wrigley Field is a Peter Pan of a ballpark. It has never grown up, and it has never grown old."*
– E. M. Swift, *Sport Illustrated* magazine, 1980

*"I'd play for half my salary if I could hit in this dump all the time."*
– Babe Ruth, outfielder, New York Yankees, 1932

*"Every time I go to Wrigley Field, I have memories of earlier times. They bring back good thoughts and energy."* – Ernie Banks, infielder, Chicago Cubs, 1994

As one of the oldest baseball parks in the United States, Wrigley Field is a rare survivor of baseball's "golden age" of the 1910s and '20s. Together with Boston's Fenway Park and Brooklyn's Ebbets Field (demolished), Wrigley has been called one of baseball's original three "jewel boxes."

Originally built in 1914 to house a team in the now-defunct Federal Baseball League, Wrigley Field has been home to the National League Chicago Cubs since 1916. For five decades (1921-70) it also served as the playing field of the Chicago Bears football team. Its original name was Weeghman Park, but by 1920 it had become known as Cubs Park. It was renamed Wrigley Field in 1926, following its purchase by chewing gum magnate William Wrigley, Jr.

Commonly referred to as the "friendly confines," Wrigley Field has been universally acclaimed for its intimacy, charm, and distinctive urban setting. Many observers consider it to be the most beautiful baseball park in the world. It was ranked "red" in the *Chicago Historic Resources Survey*, a distinction given only 200 other structures citywide, including such world-class landmarks as the Board of Trade, Reliance Building, Robie House, and the Old Water Tower.

## Ballpark Description

The nearly eight-acre site includes several structures arranged around a large playing field of grass: a double-decked, partially covered, steel-and-concrete grandstand, a single-deck outfield bleacher area, and a large center-field scoreboard. The seating capacity of the ballpark is approximately 39,000.

The building's exteriors along Addison and the Seminary Street right-of-way are a 56-foot high, three-story, open steel-frame structure (built 1914), with a slightly pitched roof punctuated by dormers and topped by a 1½-story upper deck (1927-28) that is set back from the main facade. A steel structure supporting floodlights (1988) tops the upper-deck roof.

Much of the ground level of these elevations is enclosed, although it is interrupted periodically by entrance gates or ticket windows. The upper "floors" are either open (with fencing), infilled with windows (for offices), or covered by solid concrete panels (installed c.1970). The south facade forms a curving wall along Addison Street, while the west facade forms a fairly straight edge along the former Seminary Street (west). The building's main entrance gates are set into a curving facade that faces the corner of Clark and Addison.

The Waveland (north) and Sheffield (east) elevations are lined by a continuous one-story wall. Roughly half its length is brick; the remainder is formed by concrete panels. At the corner of these streets is a three-story, open steel-frame structure that forms the support for the outfield bleachers (built 1937). It is topped by a large (27-feet tall x 75-feet wide) solid structure that forms the back of the ballpark's main scoreboard.

Due to the varying height of the bleachers, which slope downward from the center, a portion of the ballpark—as seen from inside—is visually enclosed by the row of buildings that face Waveland and Sheffield avenues, opposite the ballpark. Most of these are masonry structures, three stories in height and often topped with smaller grandstands or roof decks.

## Ballpark History

The ballpark now known as Wrigley Field was constructed in 1914 on a 7.7-acre site that formerly housed four wood structures belonging to the Chicago Lutheran Theological Seminary, which had relocated to the suburb of Maywood in 1910. The property was leased in late-1913 to Charles Henry Weeghman, who had recently purchased a baseball team, the "Chi-Feds," in the newly formed Federal Baseball League.

Weeghman and his partner, William Walker, hired brothers Zachary T. and Charles G. Davis to design a new ballpark for their team. Zachary Davis had gained fame a few years earlier as the architect of Comiskey Park (1910-1991), which had been quickly acclaimed the "Baseball Palace of the World." However, Davis reportedly used New York's Polo Grounds (1911), home of the Giants and Yankees baseball teams, as a model for the new North Side ballpark.

The groundbreaking was held in early March 1914 and, amazingly, the single-deck grandstands (800 feet long x 100 feet deep x 56 feet high) were finished in time for opening day on April 23, 1914. In accordance with a new city ordinance, the structure was "100-percent fireproof," built of steel and concrete.

The contractor was Blome Sinek Co. The cost listed on the building permit was $250,000. The dimensions of the playing field were: 310 feet (from home plate to the left field corner), 440 feet (center field), and 316 feet (right field).

Following a successful first season, the team was renamed the "Whales" and Weeghman Park's capacity was expanded to 18,000. After winning the 1915 league championship, however, the league folded. As part of the settlement, Weeghman and nine other investors (including William Wrigley) were permitted to buy the city's National League franchise, the Chicago Cubs, and move them from their old home at the West Side Grounds (Polk and Wood) to Weeghman Park. Two seasons later Weeghman's interests were bought out by Wrigley and the ballpark was soon renamed "Cubs Park."

In 1922 Wrigley hired architect Davis to expand the size of the ballpark, which had recently acquired a new tenant, the Chicago Bears football team. Davis' plan called for sections of the grandstands behind home plate and down the left-field lines to be moved closer to Addison and Waveland, permanent outfield grandstands to be constructed, and the level of the playing field to be lowered by three feet. The remodeling cost $300,000, and the field's new dimensions were: 325', 447', and 318'. The ballpark's new capacity was 20,000.

The biggest ballpark modifications, however, took place during 1927 and 1928, when the grandstands were double-decked down the third base and first base lines, respectively. These changes increased the park's capacity to 38,400 and enabled the Cubs to be the first baseball team to surpass one million attendance in a single season. (Because the new upper deck was set back from the face of the lower deck on the exterior, part of the lower-deck roof and its rooftop dormers remain visible from the street.) At this same time, it appears that a small brick building, located next to the left field corner gate, was constructed to house a six-room apartment that was occupied by the Cubs groundskeeper during the 1930s.

*"The bleachers in center rise bravely toward the prow of the great green scoreboard, topped by a single lofty mast, its rigging aflutter with signal pennants . . . which customarily tell of happier news in other places."* – Roger Angell, "Season Ticket," 1988

The last major change to the ballpark's layout occurred in 1937-38 when the outfield grandstands were replaced by the current boomerang-shaped bleacher configuration. In addition, a new state-of-the-art, 27- x 75-foot scoreboard was constructed atop the center field bleachers, featuring a combination of hand-changed and electronic scoring. These alterations were designed by the Chicago architecture firm of Holabird & Root. The ballfield's new dimensions were 355', 400', and 353', which they remain today.

In order to create an "outdoorsy motif" for the new bleachers, owner P. K. Wrigley installed Chinese elms atop the series of concrete steps flanking the center field bleachers. However, when the trees were repeatedly blown off by strong winds, Bill Veeck, the son of the team's president, copied a solution he had seen at an Indianapolis ballpark. In 1938 he directed the planting of a mixture of Boston and Baltic ivy and Virginia creeper on the 11-foot high outfield brick walls.

Otherwise, the changes during the Wrigley era were fairly minimal. In 1941 a clock was installed atop the center field scoreboard and in 1949 an electronic scoreboard was installed on the facing below the left field upper deck. During the off seasons between 1968 and 1971, the upper deck grandstands were completely reconstructed—to the same 1927-28 design. At this time, some of the ballpark's brick walls and arched openings were replaced by rough-finished, concrete panels.

The center field flagpole was lengthened to 40 feet in 1969 to accommodate additional team pennants and in 1978 the "won-lost" lights (blue and white, respectively) were relocated to cane-shaped poles atop the scoreboard. In 1970 a 42-inch wire basket was installed in front of the bleachers—to keep fans from snatching fly balls from outfielders.

An initial attempt to install lights for the 1942 season had been abandoned when then-owner P. K. Wrigley donated the equipment to the war effort following the Japanese attack on Pearl Harbor. Following the team's purchase by the Tribune Co., however, lights were finally installed in 1988 atop the double-deck grandstands.

The following year a series of 66 luxury boxes were installed in the old press box area beneath the upper deck, while a new press box was constructed in the upper deck grandstands behind home plate. Around this time a small electronic message board was also installed beneath the center field scoreboard.

*"Wrigley Field is one of the few remaining enclosures that still merit the title 'ballpark'—a grassland enclosed by an ancient red brick wall and a gentle, curving, spacious sweep of stands...."* – Roger Angell, "Five Seasons"

## Criteria for Designation

According to the Municipal Code of Chicago (Sect. 2-120-620 and -630), the Commission on Chicago Landmarks has the authority to make a preliminary recommendation of landmark designation for a building, structure, or district if the Commission determines that it meets two or more of the stated "criteria for landmark designation," as well as possesses a significant degree of its historic design integrity.

The following should be considered by the Commission in determining whether to recommend that Wrigley Field be designated as a Chicago Landmark.

### *Criterion 1: Critical Part of the City's History*

*Its value as an example of the architectural, cultural, economic, historic, social, or other aspect of the heritage of the City of Chicago, the State of Illinois, or the United States.*

- Wrigley Field is one of the two oldest active ballparks built for major league baseball in the United States and the oldest professional sports facility in Chicago. Only Boston's Fenway Park (built 1912) is older; while New York's Yankee Stadium dates to 1923. The next oldest active ballpark is Los Angeles' Dodger Stadium (1962).

- Wrigley Field is one of the cultural icons of Chicago, both in its physical form and through its traditions and legendary events, including the Bleacher Bums and Babe Ruth's "Called Shot." The ballpark's ivy-covered walls, hand-changed scoreboard, and intimate urban setting—with views of surrounding townhouses, the El, and Lake Michigan—are as integral to the image and history of Chicago as the Buckingham Fountain, the Old Water Tower, the Picasso sculpture, the Union Stockyards, or the early skyscrapers.

- Since 1916 Wrigley Field has been the home to the Chicago Cubs, the city's oldest professional sports franchise and the oldest continuously-operating National League charter franchise, dating to 1876.

- Wrigley Field is the only remaining ballpark connected to the Federal Baseball League, having been constructed and occupied by the league's Chicago franchise (a.k.a., the Chi-Feds, the Whales) from 1914 to 1916. As a short-lived rival to the National and American Leagues, the Federal League sued the other leagues for unfair labor practices. The eventual ruling by the United States Supreme Court that major-league baseball was not engaged in interstate commerce, and upholding the "reserve clause," binding baseball players to a particular ballclub for life, was a major event in American legal and labor history and the history of baseball.

- Wrigley Field has played an important role in the development of professional baseball, including: the first ballpark to have a permanent concession stand (1914), the first ball club to allow fans to keep balls hit into the stands (1916), the first National League baseball team to pass one million in attendance (1927), the first organist (1941), and the first center field television camera (1954).

- From 1921 to 1970, Wrigley Field was the home of the Chicago Bears, one of the original franchises (as the Decatur Staleys) in the National Football League. It was home to the Chicago Sting soccer team from 1981-84.

### *Criterion 2: Significant Historic Event*

*Its location as a site of a significant historic event which may or may not have taken place within or involved the use of any existing improvements.*

- Wrigley Field has been the site of several legendary events in American sports history, including baseball's only "Double No-Hitter" (1917), Babe Ruth's purported "Called Shot" during the 1932 World Series, Gabby Hartnett's "Homer in the Gloamin,'" which clinched the 1938 National League pennant, and William Sianis' "Billy Goat Hex," which he invoked during the Cubs' last World Series appearance in 1945.

- Wrigley Field has been the site of numerous important events in baseball history, including: Hack Wilson's major league record 191st run-batted-in (1930), Stan Musial's 3,000th hit (1958); Ernie Banks 500th home run (1970); Pete Rose's hit that tied Ty Cobb's all-time hits record (1985); All Star Games in 1947, 1962, and 1990; and World Series games in 1929, 1932, 1935, 1938, and 1945.

- Wrigley Field is significant in the history of American women's sports as the location, in March 1943, of the first tryouts and organization of the All-American Girls Professional Baseball League, one of whose founders and promoters was Phillip Wrigley, then-owner of Wrigley Field and the Chicago Cubs. This league, which also played exhibition games at Wrigley Field during the 1940s, was the first major women's professional sports league.

- As the long-time home of the Chicago Bears, Wrigley Field also has been the location for important events in the history of professional football. It was the location of the professional debut of Red Grange, whose popularity ensured the success of the Bears and professional football during the 1930s. It was the location in 1933 of the first National Football League championship, the forerunner to today's Super Bowl. It also has hosted several other important professional football games and records, including the 1963 National Football League championship.

## *Criterion 3: Significant Person*

*Its identification with a person or persons who significantly contributed to the architectural, cultural, economic, historic, social, or other aspect of the development of the City of Chicago, State of Illinois, or the United States.*

- Two owners of the ballpark, Charles H. "Lucky Charlie" Weeghman (1914-18) and William Wrigley, Jr. (1918-32), are significant both for their cultural contributions to baseball and for their role in the city's economic development history. Weeghman was the founder of a large chain of lunchrooms whose phenomenal success enabled him to co-found the Federal Baseball League. Wrigley was the president of the Wrigley Chewing Gum Company, whose success during the early 20th century revolutionized that industry.

- Hundreds of notable sportsmen have performed at Wrigley Field, including: baseball Hall of Famers Henry Aaron, Ernie Banks, Roberto Clemente, Dizzy Dean, Hank Greenberg, Sandy Koufax, Willie Mays, Jackie Robinson, Babe Ruth, Warren Spahn, and Casey Stengel; football notables Dick Butkus, Red Grange, George Halas, and Bronco Nagursky; Olympian Jim Thorpe; boxer Jake LaMotta (1946); golfer Sam Snead (1951); basketballers George Mikan and the Harlem Globetrotters (1954); and Hall of Fame broadcasters Jack Brickhouse and Harry Caray.

- Wrigley Field is the only remaining major-league baseball park where Jackie Robinson, major-league baseball's first African-American player, played during regular-season play. The ending of segregation in major-league baseball was a seminal event in 20th-century American social history, and Robinson was a nationally significant figure in the African-American struggle for equal rights. Besides Wrigley Field, only Yankee Stadium remains as a sports venue where Robinson played games during his major-league career (appearing there against the New York Yankees during pennant and World Series games), and Yankee Stadium was greatly altered in 1974, losing historic integrity.

### *Criterion 4: Important Architecture*

*Its exemplification of an architectural type or style distinguished by innovation, rarity, uniqueness, or overall quality of design, detail, materials, or craftsmanship.*

- Wrigley Field is a rare surviving example of the "classic era" of ballpark architecture, when the design of American ballparks evolved from wooden grandstands to more permanent, steel-and-concrete construction. During the period of 1909-23, 15 of these classic ballparks were built. Today, only four survive: one is abandoned and its future uncertain (Detroit's Tiger Stadium), one is threatened (Boston's Fenway Park), one was completely modernized in 1974-75 (New York's Yankee Stadium), and the other is Wrigley Field.

- Wrigley Field is considered to be one of the most unique and attractive ballparks in the United States. Its overall quality of design is reflected in its slightly asymmetrical playing field layout, the curving grace of its grandstands and bleachers, the distinctiveness of the hand-operated scoreboard atop the center field bleachers, the charm of its ivy covered brick walls, its ornate main entrance sign, and the memorable view of the surrounding buildings and Lake Michigan. Taken together, this comprises one of the most famous built settings in the United States.

- It is one of the few remaining ballparks whose design and field layout was strongly influenced by the surrounding street grid. The resulting proximity of the playing field creates a sense of intimacy and charm that is unique in professional baseball. This urban character is further heightened by the line of masonry residences that face the ballpark along Sheffield and Waveland avenues. Along with Fenway Park and Brooklyn's Ebbets Field (demolished), Wrigley is considered to be one of baseball three original "jewel boxes." According to *Diamonds: The Evolution of the Ballpark:* "[These] were the best ballparks from a fan's point of view because they were so close to the action 'you could see a pitcher sweat.'"

### *Criterion 5: Important Architect*

*Its identification as the work of an architect, designer, engineer, or builder whose individual work is significant in the history or development of the City of Chicago, the state of Illinois, or the United States.*

- The lower deck of Wrigley Field's grandstands (built 1914, renovated 1922-23) represent the last surviving ballpark design of Zachary Taylor Davis, who was one of the nation's best-known architects of this type of structure in the early-20th century. Along with architect Karl Vitzthum, he designed Chicago's Comiskey Park (1910), which was acclaimed the "Baseball Palace of the World" due to its size and such innovations as its circulation ramps and efficient field drainage system. That ballpark, along with another of Davis' designs, Los Angeles' Wrigley Field (1924), have been demolished. A graduate of the Armour Institute (now IIT), Davis' other architectural achievements include: St. Ambrose Church at 1000 E. 47th St. (1906); Quigley Seminary at 100 E. Pearson (1917); the Kankakee, Ill., Courthouse, and several buildings for the downtown campus of Loyola University.

- Graham, Anderson, Probst, and White, one of Chicago's leading architectural firms in the 1910s and 20s, is credited with the design of the upper deck of Wrigley Field's grandstands (1927-28). The successor firm to D. H. Burnham & Co., Graham, Anderson, Probst, and White also designed Chicago's Union Station (1913-25), Wrigley Building (1919-24), Pittsfield Building (1927), Civic Opera House (1929), Shedd Aquarium (1929), and Field Building (1934).

- Wrigley Field's famous outfield bleachers and scoreboard (1937-38) were designed by Holabird & Root, one of the most prominent architectural firms in the city's history. The firm's initial prominence came from its designs for early skyscrapers during the late-19th century. Among its best known designs from the early 20th century are the Chicago Daily News and Palmolive buildings (1927), 333 North Michigan Avenue (1928), and the Chicago Board of Trade (1930).

### *Criterion 7: Unique Visual Feature*

*Its unique location or distinctive physical appearance or presence representing an established and familiar visual feature of a neighborhood, community, or the City of Chicago.*

- Wrigley Field is one of the most recognizable structures in Chicago and ranks as one of the most readily identifiable ballparks in the United States.

- Due to its size, location at a major street intersection (Clark and Addison), and setting in a low-scale residential and commercial district, Wrigley Field possesses a significant physical presence Because of this marked contrast in scale, the ballpark has a comparable visual presence to a large

bridge, church, or skyscraper.

- Wrigley Field represents a familiar and well-established visual feature within its immediate neighborhood, whose unofficial but commonly used name—Wrigleyville—is testimony to the ballpark's long-term and influential presence.

- The row of three-story masonry buildings lining Sheffield and Waveland avenues—behind the bleachers—are a familiar feature to the tens of thousands of spectators within Wrigley Field and to the hundreds of thousands who watch televised coverage of the Chicago Cubs. Most were built between 1895 and 1915 and are set back approximately 10 feet from the street. Since 1990, several new structures have been built on the sites of older buildings.

- Wrigley Field is a well-established feature in numerous movies and television shows filmed in Chicago, including the "Blues Brothers," "Ferris Bueller's Day Off," and "Rookie of the Year."

### *Integrity Criterion*

*The integrity of the area, district, place, building, structure, work of art, or other object must be preserved in light of its location, design, setting, materials, workmanship, and ability to express such historic, community, architectural, or aesthetic interest or value.*

The historic design of Wrigley Field remains largely intact to the period of 1937, when the last major changes were made to the ballpark's configurations; i.e., involving the construction of the outfield bleachers and scoreboard.

The biggest alteration since that time has been the addition of the structural supports for lighting atop the main grandstands (1988) and the insertion of luxury boxes beneath the upper deck (1989). Both alterations appear to have been done in accordance with the *U. S. Secretary of the Interior's Standards for Rehabilitation,* which guides the renovation of historic buildings.

The other alterations to the exterior of Wrigley Field have been largely cosmetic, the most significant of which was the installation of pre-cast concrete panels (c.1970) on portions of the grandstand facade and sections of the outfield wall facing Sheffield and Waveland.

## Significant Historical and Architectural Features

Whenever a building or district is under consideration for landmark designation, the Commission on Chicago Landmarks is required to identify the "significant historical and architectural features" of the property. This is done to enable the owners and the public to understand which elements are considered most important to preserve the historical and architectural character of the proposed landmark.

Based on its evaluation of Wrigley Field, the Commission recommends

that the significant historical and architectural features of Wrigley Field be identified as those incorporated in the Commission's final landmark recommendation to City Council for Wrigley Field.

## Selected Bibliography

Ahrens, Art and Eddie Gold. *The Cubs.* New York, N. Y.: Collier Books, 1986.

Benson, Michael. *Ballparks of North America*. Jefferson, N. C., McFarland, 1990.

Burns, Edward. "New Wrigley Field Blooms in Scenic Beauty." *Chicago Sunday Tribune*, September 12, 1937, pt. 2, p. 5.

Cahan, Richard and Mark Jacob. *The Game That Was.* Chicago, Ill.: Contemporary Books, 1996.

Charleton, James H. "Wrigley Field," National Historic Landmark nomination form, August 1985.

Gershman, Michael. *Diamonds: The Evolution of the Ballpark*. Boston, Mass.: Houghton Mifflin Co., 1993.

Hartel, William. *A Day at the Park: In Celebration of Wrigley Field.* Rock Island, Ill.: Quality Sports, 1994.

Jacob, Mark, and Stephen Green. *Wrigley Field; A Celebration of the Friendly Confines*. Chicago: Contemporary Books, 2003.

Lowry, Philip J. *Green Cathedrals*. Reading, Mass.: Addison Wesley, 1992.

Shannon, Bill and George Kalinsky. *The Ballparks*. New York, N. Y.: Hawthorn Books, Inc., 1975.






**The size of Wrigley Field (see map) is in marked contrast to the low scale of most of the surrounding residential and commercial buildings in the Lakeview neighborhood. *Top*: A c.1932 illustration of the park, done after the grandstands were double decked but before the installation of the current outfield bleachers.**








**The men who built Wrigley Field: Charles "Lucky Charlie" Weeghman (top left) and architect Zachary Taylor Davis (top right).** ***Above:*** **A poster of "Weeghman Park" in 1915, when it was the home of the Federal Baseball League "Whales."**






**The ballpark's seating capacity at its opening in 1914 (top) was 14,000. After construction of the upper deck in 1927-28 and the outfield bleachers in 1937, capacity increased to more than 39,000. The above photo dates to the widening of Addison Street in 1939.**






**Although best known as the home of the Chicago Cubs, Wrigley Field also hosted the Chicago Bears football team from 1921 to 1970. The Bears offense (above), led by Red Grange ("the Galloping Ghost"), poses in front of the old right-field grandstand in 1925. *Top:* An aerial view prior to 1937, when the current bleachers were installed. Note the cutout in left field to accommodate a football end zone.**








**Wrigley Field's bleachers and scoreboard were built in 1937-38 to the design of the Chicago architectural firm of Holabird and Root. Above: A drawing of the ballpark showing the new bleachers and scoreboard. Top Left: John A. Holabird. Top right: John W. Root, Jr.**






**Wrigley Field's ivy-covered walls, center field bleachers, and scoreboard all date to the 1937-38 renovation. *Top:* An early view of the back of the scoreboard at the corner of Sheffield and Waveland. *Above:* Workers plant a mix of Boston and Baltic ivy and Virginia creeper on the ballpark's 11-foot-high brick outfield walls.**





**Top: Members of the All-American Girls Professional Baseball League and Red Cross workers pose with Cubs catcher Dewey Williams in July 1944.**

**Above: Wrigley Field in 1950**






**Wrigley Field is a commanding presence in the Lakeview neighborhood, whether viewed from the Addison El stop (top) or from an airplane (above). Both photos were taken following the installation of ballpark lighting in 1988.**

## Acknowledgments

**CITY OF CHICAGO**
Richard M. Daley, Mayor

**Department of Planning and Development**
Alicia Mazur Berg, Commissioner
Brian Goeken, Deputy Commissioner

**Project Staff**
James Peters, project coordinator
Terry Tatum, research and editing

A special thanks to Dennis Bingham and David Schabes, whose encyclopedic knowledge of baseball proved invaluable in the preparation of this report.

Additional thanks to sports historian John Thorn and architectural critic and baseball park architecture expert John Pastier for their insights into the history of Wrigley Field.

**Illustrations**
Atlas of Chicago: p. 11 bot.
George Brace, from *The Game That Was* (1996): p. 16 bot.
Robert Cameron from *Above Chicago* (1992): cover, p. 18 bot.
Chicagoans As We See 'em (1904): p. 12 top rt.
Chicago Historical Society: p. 13 top; p. 14 bot.
From *A Day in the Park* (1994): p. 13 bot.; p. 14 top; p. 16 top
From *Diamonds* (1993): p. 11, top; p. 12 top left and bot.
From *Wrigley Field: A Celebration of the Friendly Confines*: p. 15 bot., p. 17 top
From *Chicago Architects*: p. 15 top left & right
From Ravenswood-Lake View Neighborhood Collection, Chicago Public Library:
p. 17 bot.
Terry Tatum, DPD: p. 18 top

*The Commission on Chicago Landmarks, whose nine members are appointed by the Mayor, was established in 1968 by city ordinance. It is responsible for recommending to the City Council that individual buildings, sites, objects, or entire districts be designated as Chicago Landmarks, which protects them by law. The Commission is staffed by the Chicago Department of Planning and Development, 33 N. LaSalle St., Room 1600, Chicago, IL 60602; ph: 312-744-3200; TDD: 4-2958; fax: 4-9140; Web site: http://cityofchicago.org/landmarks*

*This Preliminary Summary of Information is subject to possible revision and amendment during the landmark designation proceedings. Only language contained within the City Council's final landmark designation ordinance should be regarded as final.*

**COMMISSION ON CHICAGO LANDMARKS**

David Mosena, Chairman
Larry W. Parkman, Vice Chairman
John W. Baird, Secretary
Alicia Mazur Berg
Lisa Willis-Brown
Phyllis Ellin
Michelle R. Obama
Seymour Persky
Ben Weese

The Commission is staffed by the
Chicago Department of Planning and Development
33 N. LaSsalle Street, Suite 1600, Chicago, IL 60602

312-744-3200; 744-2958 (TTY)
http://www.cityofchicago.org/landmarks

*Printed November 2000; revised April 2003*

# Exhibit A-2

Skip to comments.

## A roof with a view: Rooftop seats are part of Wrigley Field's ambience and a $7 million business

St. Paul Pioneer Press ^ | 5/15 | Bruce Blythe

Posted on **5/16/2002, 12:10:59 PM** by **Caleb1411**

Jim Manderschied's most recent baseball game at the Chicago Cubs' Wrigley Field cost him $80 and put him 400 feet from home plate, outside the park, on a drizzly, 50-degree Saturday afternoon in April.

The arrangement worked fine for Manderschied, who with 40 friends drove four hours from Cincinnati for baseball viewed from one of the three-story rooftops next to 88-year-old Wrigley Field.

"When you think of Wrigley, you think of the rooftops," said the 27-year-old Manderschied, whose group rented one across the street from left field for a game against his hometown Cincinnati Reds.

The 11 rooftops across from the Wrigley outfield, once only a quaint reminder of Chicago history, now generate $5 million to $7 million a year for the building owners. The businesses serve beer and food, and some have indoor lounges and bleachers of their own.

None of the revenue goes to the featured entertainment, the Cubs.

That's stoked the ire of the Tribune Co.-owned team, which is trying to keep up with rising player salaries and the newer stadiums of competitors. The Cubs' efforts to boost revenue, through a proposed $14 million stadium expansion that would obscure some of the rooftop views, have been stymied by a dispute with the neighbors of the second-oldest Major League Baseball stadium.

**BLOCKED VIEWS**

The Cubs decided to send a "message" to rooftop owners before the season, the team's vice president of business operations Mark McGuire said, and hung a green windscreen over the fence above Wrigley's outfield walls, partly blocking the view from the buildings along Waveland and Sheffield avenues.

"There's people stealing our product, making a lot of money off of us, and at the same time are preventing us from doing what we think is necessary and vital to Wrigley Field," McGuire said. "We had to become more aggressive."

Rooftop owners and neighborhood groups have fought the Cubs' expansion plans, which include adding 2,000 seats to the outfield bleachers and another 200 behind home plate. It would raise overall capacity by 5.6 percent from current seating of 39,111. They also bring the potential for excessive crowds and traffic during the Cubs' 81 home games each year, neighborhood groups say.

"The issue is the integrity of Wrigley Field and the quality of life around Wrigley Field," Gregg Kiriazes, president of Lake View Citizen's Council, one of the neighborhood groups. "Let's talk about protecting the neighborhood first, then talk about expansion."

Unlike many of the stadiums built in the suburbs with large parking lots and highway access, Wrigley

Field is in a densely populated neighborhood of two-lane streets.

**GROWING BUSINESS**

While the Cubs' expansion plan has stalled, that hasn't been the case for business on the rooftops. Parties over the past 20 years have gone from informal gatherings of building residents and friends to catered events of 50 to 150 people hosted by corporations for employees and clients.

Admission goes from $75 to $150 — four times what the team charges for the most expensive seat inside the park.

The 11 rooftops next to Wrigley Field — licensed by the city as entertainment establishments — can generate about $5 million in revenue a season, according to Jim Murphy, a rooftop owner and president of the Wrigley Field Rooftop Association.

McGuire puts it at close to $7 million — just under half the $15 million annual salary of the team's star player, outfielder Sammy Sosa.

"It's a big entertainment vehicle and it's big business," McGuire said.

**TAXES**

Rooftop owners who spent $500,000 to $1 million on their buildings bristle at the notion they're stealing anything. Each rooftop owner pays about $50,000 a year in taxes to the city and spends more to meet safety codes, such as the $150,000 Mark Schlenker spent for an elevator to make his Waveland Avenue rooftop handicapped-accessible.

Schlenker said the buildings also buffer the rest of the neighborhood from crowds and noise during and after games, and indirectly help the Cubs promote the park.

"The rooftops have provided an ambiance that's unique to Chicago," Schlenker said. "Once people started going up on the roofs watching games, more and more people wanted to go up there. It creates an atmosphere."

While Wrigley Field frequently gets sellout crowds to see a team that hasn't won a World Series since 1908, the Cubs' ability to increase revenue is limited, said Dan Migala, editor of Team Marketing Report, a Chicago-based publisher of sports marketing information.

**FEWER SUITES**

Wrigley Field has 60 luxury suites that lease for $75,000 to $100,000 a season, Migala said. Most newer stadiums have more, including Comiskey Park, home of the Chicago White Sox, which has 99 suites leased for $65,000 to $95,000, he said.

The Cubs also don't sell large billboard-style advertising inside the historic stadium that generates $5 million to $10 million a year in other parks, Migala said. The Cubs still were one of five of the 30 major-league teams to be profitable last season, making $2.9 million, according to Commissioner Bud Selig.

The windscreens didn't put a dent in the festivities for Manderschied and his friends from Cincinnati during their rooftop party in April. They drank beer and dined on hamburgers and sausages, included in the price of admission, as they watched the Reds defeat the Cubs 6-1.

"We love it," Manderschied said. "If anything, it's part of Wrigley."

---

**TOPICS:** Culture/Society; US: Illinois
**KEYWORDS:** baseball; chicagocubs; sports; wrigleyfield

**1** posted on **5/16/2002, 12:10:59 PM** by **Caleb1411**
[ **Post Reply** | **Private Reply** | **View Replies**]

---

To: **BluesDuke**

BUMP

**2** posted on **5/16/2002, 12:12:34 PM** by **Caleb1411**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **Caleb1411**



M. SPENCER GREEN / THE ASSOCIATED PRESS
Cubs fans watch a game from a nearby rooftop. The team has hung dark screens to obscure the views of fans outside Wrigley Field.

Obviously, the screens have no effect on rooftop viewers.

**3** posted on **5/16/2002, 12:50:07 PM** by **robertpaulsen**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **Caleb1411**

The worst part about the rooftop seats are that you can still see the Cubs play baseball from there.

Maybe they should face the seats the other way.

**4** posted on **5/16/2002, 12:55:51 PM** by **dead**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **robertpaulsen**

Look at that stadium. It's chuck full of fans. Why is it chuck full of fans? We'll at least in part because of the charm of the rooftop buildings across the street. My wife and I visited Chicago about four years ago.

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 33 of 137 PageID #:185

We went out to the stadium and had a great afternoon. Wrigley is a diamond in the ruff. I harkens back to a time when baseball teams lasted for more than thirty seconds, and attendees wore suits an dresses instead of thongs and hawaiian shirts.

It's my feeling that the Cub organization could do more to promote their team, and make some handsome rewards. I'd probably watch a lot of the Cubs games if Cub management would sign a contract with Fox, UPN or some other group. Perhaps they should pursue this and other avenues before taking the neighbors to task.

**5** posted on **5/16/2002, 1:00:53 PM** by **DoughtyOne**
[ **Post Reply** | **Private Reply** | **To 3** | **View Replies**]

**Disclaimer:** Opinions posted on Free Republic are those of the individual posters and do not necessarily represent the opinion of Free Republic or its management. All materials posted herein are protected by copyright law and the exemption for fair use of copyrighted works.

**Free Republic** **News/Activism**
**Browse** · **Search** **Topics** · **Post Article**

**FreeRepublic**, LLC, PO BOX 9771, FRESNO, CA 93794
FreeRepublic.com is powered by software copyright 2000-2008 John Robinson

# Exhibit A-3-1

NBCCHICAGO.COM

PRINT THIS
Powered by Clickability

BLOGS > WARD ROOM

# Emanuel Proposes New Plan for Wrigley Field: Report

ByJeff Goldblatt

Mayor Rahm Emanuel Emanuel is proposing a new renovation plan that would relax the landmark status of Wrigley Field, paving the way for up to $150 million in new sponsorship and advertising. NBC Chicago's Jeff Goldblatt talks to fans for their reaction. (Published Monday, Apr 16, 2012)
Updated at 3:10 PM CST on Monday, Apr 16, 2012

Mayor Rahm Emanuel reportedly is looking for new ways to renovate Wrigley Field without making fans foot the bill.

For years the Cubs' iconic stadium and its signature ivy were enough to generate considerable cash flow for the club. But in a league with escalating player contracts, the team's relatively new owners have realized it needs more money without laying the burden in taxpayers' laps.

Rahm, Cubs Closer to Wrigley Rehab Deal

Mayor Rahm Emanuel said Tuesday the city is in the "final stages" talks with the Cubs about a renovation of Wrigley Field. "We've had good conversations, we're in kind of the final stages of that," Emanuel said at an unrelated morning event. "But always remember I'm here to represent the taxpayers, not subsidize private investors with public dollars." (Published Tuesday, Apr 3, 2012)

City Hall may be coming to the rescue.

According to the *Chicago Sun-Times*, Emanuel is proposing a new renovation plan that would relax the landmark status of the field, paving the way for up to $150 million in new sponsorship and advertising.

Cheryl Scott Throws Cubs First Pitch

NBC Chicago meteorologist Cheryl Scott threw the first pitch Wednesday at Wrigley Field. With a little bit of practice and a whole lotta gumption, she rocked it. (Published Tuesday, May 8, 2012)

Among the proposed renovations are more outfield signs, possibly with a Jumbotron in right field, a stadium club with a restaurant and several hundred premium-priced seats, more concerts and football games, and game-day street fairs at Waveland and Sheffield.

In the past one of the chief obstacles to raising big revenue for Wrigley has been the 98-year-old ballpark's historic status. Whether it was the bleacher expansion in 2006 or the Toyota sign in left field, controversy has accompanied new cash.

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 37 of 137 PageID #:189

No time table was released to announce Emanuel's plan, but it's no secret the Ricketts family has proposed changes from the get-go.

Earlier this month, Emanuel said he and the Ricketts family were in the "final stages" of renovation talks. But he reiterated he wouldn't make residents pay.

"We've had good conversations, we're in kind of the final stages of that," Emanuel said April 3. "But always remember I'm here to represent the taxpayers, not subsidize private investors with public dollars."

**Find this article at:**
http://www.nbcchicago.com/blogs/ward-room/Emanuel-Proposes-New-Plan-for-Wrigley-Field-Report-147559645.html

☐ Check the box to include the list of links referenced in the article.

© NBC Universal, Inc. | All Rights Reserved.

# Exhibit A-3-2

BLEACHER NATION

OBSESSING ABOUT THE
CHICAGO CUBS SINCE 2008

# Obsessive Wrigley Renovation Watch: Cubs Release Mock-Up of Outfield Signage, Hotel, Triangle Property

in Chicago Cubs News — by Brett — May 1, 2013

At a presentation last night, the Chicago Cubs revealed their first mock-ups of, among other things, the signage they propose to erect in the outfield at Wrigley Field, as well as the hotel being built on the McDonald's property and the plaza being built on the triangle property just west of the ballpark.

There will be much more to say on the renovations later today, as Tom Ricketts is going to be making a presentation to the media. In the interim, here's a quick look at the proposed outfield signage – a JumboTron, which doesn't look too bad, and a see-through sign in right field – and the hotel/plaza area just west of the ballpark. The latter looks pretty much as it has been described.

The pictures were provided by the Cubs to Crain's, the Chicago Tribune, CSN, the Sun-Times, and DNAinfo, and you can go to those links to see more pictures (and larger versions of the ones below). I'll try to get some larger copies and a full set to share here as well.

The outfield:




The hotel (left) and plaza (center), with the new office building at the top center (the street running through is Clark):



*No related posts.*

Tweet 14

Like 147

g+1 0



Author: Brett

Brett Taylor is the editor and lead writer at Bleacher Nation, and can also be found as Bleacher Nation on Twitter and on Facebook.

- Visit Author:
- Website
- All Posts

# Exhibit A-3-3

# Wrigley Field Restoration Update: Cubs Demo Mock-Ups of Outfield Signs



May 28, 2013 11:42 pm By Neil 2 Comments

The Cubs erected mock-ups on Tuesday of the proposed 6,000 square foot jumbotron beyond the left field wall and the 1,000 square foot sign in right field. **Tom Ricketts** was on hand as crane's placed mock-ups of the signs for the rooftop owners and Ald. Tom Tunney to view.

According to a report from Serena Dai, all of the rooftop owners including Beth Murphy were at Wrigley on Tuesday to view the mock-ups. One reaction, according to Dai, after viewing the mock-ups was "big."

The rooftop owners are scheduled to meet and discuss what they saw on Tuesday. According to the report, the views beyond the right field wall "would be affected more even though the sign is smaller than the proposed video board in left field." The proposed jumbotron would "impact fewer views because of a gap in the rooftops buildings along Waveland caused by the T-intersection with Kenmore Avenue."

**Tom Ricketts** thought everything looked fine and said, "We'll work with folks to make sure there isn't any more drama."

The Cubs submitted a proposal to the city the beginning of the month and are looking to begin construction at the end of the season. The team must receive approval through a "variety of city committees, including the Plan commission and Landmarks commission" according to the report.

**Tom Ricketts** said the Cubs are not panicking and is "confident the team will meet the necessary provisions to move forward."

Full Report from DNA InfoChicago.com

According to the Tribune, the Cubs said on Tuesday there are no plans to start construction on the outfield signs. Tuesday was a part of the process for the neighborhood and the rooftop club owners, one that the Cubs volunteered to do.

Full Report from the Chicago Tribune

The Wrigleyville Rooftop Association released the following statement on Tuesday afternoon.

*"We appreciate the Cubs' willingness to demonstrate the impact of their sign plan. We were shown several options today, which we will verify with the permit applications they have submitted to the City of Chicago. We know one thing for sure: Signs on the Rooftops have no obstruction of out patrons' views and remain the best solution to provide sign revenue to the team."*

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 44 of 137 PageID #:196

According to a report from Paul Sullivan, the landmarks officials were on site Tuesday as well and the Cubs have a hearing scheduled next week with the commission. The Cubs are also looking to push the night game proposal on the City Council agenda according to Sullivan. As has been reported, the Cubs would like to move several of the Friday afternoon 1:20pm start times to 3:05pm start times this season.

Photos from the Chicago Tribune








**Follow ChicagoCubsOnline on Twitter: @TheCCO and @TheCCO_Minors**

5

# Exhibit A-3-4

Chicago ▼ SIGN UP FOR NEWSLETTERS

CBS Local Rewards | Log In | Register | Search

CBS

2 WBBM NEWSRADIO 670 SCORE

FOLLOW US

Home News Sports Health Audio Video Best Of Events Traffic Weather Contests Directory Travel Deals Circulars Autos

Local Investigative Politics Business health Consumer Entertainment National World Photos

*Local*

# Photos Of Planned Wrigley Renovation Revealed

May 1, 2013 6:12 AM

Share 1.3k 32 85 View Comments

**Related Tags: Chicago Cubs, Wrigley Field**



A view of the proposed changes for Wrigley Field. (Credit: Chicago Cubs)

**CHICAGO (CBS)** – As the Cubs unveiled their plans for what they call the "restoration" of Wrigley Field, the mayor shrugged off threats from the team's owner, who said he will move the team out of Chicago if he doesn't get the deal done with the city.

"The fact is if we don't have the ability to generate revenue in our own outfield, then we'll have to take a look at moving. No question. " Ricketts said at a breakfast gathering on Wednesday.

When asked if that was a threat, Ricketts said: "No, there are no threats."

"We are very confident in the legality of our signage plan. We are not making a threat to move. The fact is we want to win in Wrigley Field."

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 47 of 137 PageID #:199

Mayor Rahm Emanuel said he's not taking Ricketts' suggestion of a possible move seriously.

"No, I'm not, because as you go through what they said, what Tom said and the others, they said that they also know from their own business sense how important Wrigley Field is to their business, and how important Chicago is to their business," the mayor said.

***Read More:*** Ricketts Threatens To Move

As he released the proposal, Cubs president Crane Kenney said it's not a renovation and not an effort to make Wrigley new.

"It's actually trying to make Wrigley old," he told the Chicago Tribune.



Proposed changes outside Wrigley Field along Addison Street. (Credit: Chicago Cubs)

With that in mind, the Cubs want to recreate green terra-cotta canopies and wrought-iron fencing that were part of Wrigley back in the 1930s.

But there would be plenty that would be new too – most controversially, a 6,000-thousand-square-foot Jumbotron in left field, three times the size of the current scoreboard.



A look at the new large video screen proposed for Wrigley Field. (Credit: Chicago Cubs)

The plans also call for a 1,000 thousand square foot sign in right field and another 35,000 thousand square feet of advertising space on a proposed hotel and open air plaza outside the ballpark.

An artist's rendering of a proposed hotel and office space outside Wrigley Field. (Credit: Chicago Cubs)



Chairman Tom Ricketts says he needs those and more to pay for the $300 million project.




New signage for right field at Wrigley Field. (Credit: Chicago Cubs)

Kenney says he has no idea how the signs would affect the view from the rooftop clubs around Wrigley.

# Exhibit A-4-1

# Landmarks Commission OKs video scoreboard, right-field sign for Wrigley Field

Like 59 Tweet 6 Share 0 +1 1 1

BY FRAN SPIELMAN City Hall Reporter fspielman@suntimes.com July 11, 2013 7:21PM

Updated: August 13, 2013 6:45AM

Like a flame-throwing closer summoned from the bullpen, Mayor Rahm Emanuel got the save Thursday in delivering the biggest win yet in the Cubs' quest to renovate Wrigley Field without a public subsidy.

Over the emotional objections of local Ald. Tom Tunney (44th), the Emanuel-controlled Commission on Chicago Landmarks unanimously approved a 4,560-square-foot video scoreboard in left field; a static, 650 sqaure-foot see-through sign in right field, and a "sign matrix" that will guide future stadium advertising.

The Jumbotron will be 95 feet wide and 48 feet tall. That's down from a width of 100 feet, meaning five feet less of rooftop blockage. But the script sign atop the Jumbotron and the light standards above that would take the entire video board to 5,700 square feet.

That's way too big to satisfy Tunney and rooftop club owners, whose 17 percent revenue-sharing agreement with the Cubs has 10 more years to run.

Thursday's meeting was delayed for two hours, in part, to allow the mayor's political point man, Matt Hynes, to huddle privately with Tunney in hopes of softening his opposition. It didn't work.

The alderman choked back tears as he declared his opposition to a video scoreboard with lights that, he warned, would be visible from "blocks and blocks away" from Wrigley.

"I can't support a proposal that so dramatically affects the quality of life for residents," Tunney said, his voice breaking with emotion.

"It is 6,000 square feet — just short of it. It's also 12 feet thick and it is to be erected within 30 feet of residential homes. . . . The enormity of this sign in your front window is obviously something that I have to be very attentive to. The Cubs often point to large signs at Fenway and U.S. Cellular. . . . These signs back up to expressways — not people's living rooms."

Tunney's plea struck a chord with Landmarks Commission members.

Former Ald. Mary Ann Smith (48th), a Tunney friend, tried to "stir it up," as she put it, by suggesting that the vote be postponed until there's an estimate of how much revenue the outfield signs would generate for the Cubs.

Commission member Jim Houlihan fretted about a 20-year "sign matrix" that appears to give the Cubs carte blanche to go around the Landmarks Commission and could someday allow the team to fill the outfield with signs.

That's even though Cubs Executive Vice President Mike Lufrano said the team has no such plans.

"Most of us have some restraint and don't take everything from the buffet," but what if there is none, Houlihan said.

But after more than four hours of testimony, the Landmarks Commission followed the mayor's marching orders.

Emanuel was forced to do what he spent months trying to avoid — ride herd over a local alderman determined to go to bat for his community — after becoming convinced that Tunney was having trouble making a deal, sticking to it and selling it to his constituents.

"The mayor agreed to a framework [with the Cubs] and he was true to his word," said a top mayoral aide, who asked to remain anonymous.

Emanuel's decision to reprise the closer's role he perfected in Washington, D.C., allows Tunney to play the hero who fought the good fight for his constituents and small businesses only to run into the political version of an ivy-covered wall.

It's a role Tunney will continue to play as the $500 million plan to renovate Wrigley and develop the land around it wends its way through the Chicago Plan Commission and the City Council.

Tunney has demanded that the Cubs scrap a pedestrian bridge over Clark Street connecting a Cubs-built hotel to the team's new office building; drop the hotel's outdoor patio deck over Patterson Street, and shift hotel "lobby activity" from Patterson to either Clark or Addison.

But the Cubs now have their biggest and most lucrative political victory. Emanuel gets the save.

"The Ricketts family trusted the mayor to get us through this process," Cubs spokesman Julian Green said after the vote. "We trust in the mayor's leadership to get us to the finish line."

Lufrano added, "These signs . . . are a critical part of the restoration project. The expected revenue from signage overall will fund much of the plan for Wrigley Field restoration and will keep Wrigley Field competitive for modern-day Major League Baseball. As you look around sports, every team in baseball has signage in their outfield."

Marc Hamid, owner of Skybox on Sheffield, left little doubt that rooftop owners would follow through on their threat to file a lawsuit to block the outfield signs. If they succeed, Cubs Chairman Tom Ricketts has threatened to move the team out of Wrigley.

"If you . . . grant permission to the Ricketts family to place a sign in right field, you will block the views of my customers," Hamid said. "This commission is supposed to protect the historic nature of Wrigley Field — not pick winners and losers. . . .You're on the cusp of ripping up the landmark ordinance that was the basis for a multimillion dollar investment by rooftop owners . . . without considering a viable alternative."

Like 59 Tweet 6 Share 0 g+1 1 1

# Exhibit A-4-2

# Cubs to push forward with expanded plan for Wrigley renovations

After months of nowhere negotiations, the Cubs declared an impasse with rooftop club owners Wednesday and essentially declared war — with a new proposal to build seven outfield signs, including a second video scoreboard, 300 new seats and new outfield lights.

The decision to ask Mayor Rahm Emanuel and his handpicked Commission on Chicago Landmarks to dramatically enhance the already generous package approved last summer is aimed at provoking a lawsuit by the rooftops that's been years in the making.

Cubs Chairman Tom Ricketts acknowledged just that in a carefully crafted "video message" to Cub nation.

<!–
OO.ready(function() { OO.Player.create('ooyalaplayer', '5pN2owbjpchARfBl0wUn4WXIHWm2AfNC'); });
//–>

Please enable Javascript to watch this video

***RELATED: Community leaders lash out at Cubs for revised Wrigley plan***

"During the political process to accommodate rooftop owners, we tapered the plan to move forward with a sign in right field and a video board in left. But in the months since, the rooftop owners have made clear that, despite the city approval and our clear contractual rights, they plan to file lawsuit to try and stop our renovation and expansion plan," Ricketts said.

"We've spent endless hours in negotiations with rooftop businesses. We've gotten nowhere in our talks with them to settle this dispute. It has to end. It's time to move forward. I have to put the team and the fans first," he said. "So today, we are going forward with our original plan. We are proposing a master plan to expand Wrigley Field and to have several signs in the ballpark."

Ricketts did not explain details of the new doozy of a request that will be presented to the Landmarks Commission on June 5. It includes:

- A second video scoreboard in right field — in addition to the already approved jumbo screen in left field that will now be reduced to 3,990 square feet.
- Four more LED signs throughout the outfield, each up to 650 square feet.
- 300 additional seats in the "Budweiser Bleachers" and 300 additional standing room positions to reclaim capacity lost to prior renovation plans.
- New outfield light standards inside the ballpark, rising 92 feet, so that fly balls will be lit from both the

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 54 of 137 PageID #:206

front and back; the intent is to reduce notorious shadows that have made fly balls an adventure for outfielders.

- A 30,000-square-foot clubhouse beneath the new outdoor plaza, up from 19,000 square feet in the original plan.
- Relocating both home and visiting bullpens from the foul lines to a protected area under the expanded bleachers.

In an emailed statement, Ryan McLaughlin, a spokesman for rooftop club owners, whose revenue-sharing agreement has 10 more years to run, noted that Cubs President Crane Kenney and legal counsel Mike Lufrano negotiated the contract with the Wrigleyville Rooftops Association over a decade ago.

"The Ricketts family's decision to unilaterally end negotiations with their contractual partners is another refusal to accept any of the proposed win-win solutions that could have funded the modernization of Wrigley Field and enhance the team's competitiveness," the statement said. "In fact, it appears their zeal to block rooftop owners who pay them millions of dollars a year in royalties knows no bounds. Unfortunately, this decision by the Ricketts family will now result in this matter being resolved in a court of law."

Ricketts defended the revised request in his message to Cub fans.

"We need to press ahead with the expansion. We cannot delay any longer. The time to build a winner is now. Our plan will provide more revenue for Theo Epstein and Jed Hoyer to invest in building a championship ballclub. Our plan will provide more revenue for our business operation to expand and preserve the greatest ballpark in baseball," Ricketts said.

"I know this plan is in the best interest of our fans and our players," he said. "We hoped to avoid heading to the court house. But the most important thing is we want to exercise our right to preserve and expand the ballpark we all know and love."

Ald. Pat O'Connor (40th), the mayor's City Council floor leader, tried desperately to forge a deal with the Cubs and rooftop club owners who share 17 percent of their revenues with the team.

At one point, he thought he had a deal to move the scripted sign in right field to the top of one of the rooftop buildings. But, when the rooftops made a similar demand about the video board in left field, the talks fell apart and O'Connor was never able to put them back together.

"At one point in time, everybody thought we were there. And it turned out we were wrong. There's so many individuals and disparate interests, it just became apparent it wasn't gonna move any further," O'Connor said.

The revised proposal may appear to be so big as to invite rejection by Emanuel's appointees on the Landmarks Commission. They are the final arbiter, since the City Council has already approved a "master plan" for new signs and will not get a second chance to vote on it.

But, O'Connor said, "My impression is, this is a very real proposal. They made an effort to try and resolve this for the short term and basically have been unsuccessful. I would think if it conforms to the landmark ordinance, they have a right to it — and my impression is, it conforms. There's a very good possibility" it will be approved.

Emanuel would dearly love to break ground on the revenue- and job-creating Wrigley project before the Feb. 24 mayoral election. That's apparently why City Hall struck a similar tone.

"Like all Cub fans, the mayor doesn't want to wait for next year and if this proposal helps the Cubs get closer to a ballpark renovation this fall — and the jobs and neighborhood investments that come with it — it's worth taking a look at," Sarah Hamilton, the mayor's communications director, said in an emailed statement.

Ald. Tom Tunney (44th), whose ward includes Wrigley, lamented the collapse of the negotiations with rooftop club owners, who are among his most reliable campaign contributors.

"They've got to work out some kind of arrangement with the rooftops for the duration of their contract. That's not new. I oppose the additional ask. That's all I can say. I've been opposed to this additional signage from the beginning. It's a violation of their agreement with the rooftops," Tunney said.

"I can't postulate what their motives are. They want to have as little regulation as possible. I don't agree with that. Government is there for a reason," Tunney said. "We've been very generous. We have approved a lot of things and a lot of signs as part of the planned development. I believe signage is a critical part of the money needed for the renovation. They have a right to ask for as much as they can get. It doesn't mean it's gonna get approved or that it will solve the potential litigation with rooftop partners."

Apparently referring to the protracted battle that preceded the installation of lights at the century-old ballpark, Tunney said, "If it goes to court, it goes to court. In the history of Wrigley Field, there have been a lot of court battles."

Last year, the City Council approved Ricketts' $500 million plan to renovate Wrigley and develop the land around it, including two massive outfield signs needed to bankroll the project without a public subsidy.

Until now, Ricketts had refused to proceed with construction without a guarantee that the rooftops would not file suit to block the project.

Copyright © 2015.
Sun-Times Media, LLC All Rights Reserved.

# Exhibit A-4-3

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 57 of 137 PageID #:209

You get more car for less money – and now lower taxes.
NEW LESSEES CAN SAVE UP TO 50% IN TAXES
BIG!
SAVE BIG!

# Cubs reveal renderings of proposed Wrigley Field expansion

*Posted: May 27, 2014 1:32 PM CDT*
*Updated: Jun 01, 2014 1:32 PM CDT*

By Anita Padilla, FOX 32 News Reporter CONNECT

CHICAGO (FOX 32 News) - The Chicago Cubs have released a revised plan for Wrigley Field's renovation that includes new signs, new seats and lights, and a warning the team would consider moving to another Chicago site if it is not allowed to "control our ballpark."

The Cubs revealed renderings of the proposed Wrigley Field expansion Tuesday afternoon. Under the renderings, some of the signs would fully block views of the field from rooftops.

**READ MORE | It's time to move forward with Wrigley expansion**

The revised plan comes days after the team announced it would no longer seek the approval of nearby rooftop owners who threaten to sue over any changes that would obstruct their views of Wrigley Field's playing field. The plans have been delayed for years as the family tried to negotiate with rooftop owners.

The proposal would expand the outfield landscape, clubhouse and relocate the bullpens. The expanded outfield would include lights to reduce shadows on fly balls for outfielders. The team also said the expanded home clubhouse would be about 30,000 square feet. It will be located beneath a new outdoor plaza. The expansion would allow both bullpens to be relocated from the field to underneath the bleachers.

Cubs fans had a mixed reaction.

"The fact they are going ahead with it is bewildering. You would think they wouldn't want to end up in court," said one fan.

Another hoped for a compromise, but said the park needs change. "It's one of the worst stadiums in the country, it's rundown. It's great for the historic purposes, but it needs to be renovated."

Blogger Al Yellon of Bleedcubbieblue.com told FOX 32 the family's threats of moving the team out of historic Wrigley Field won't happen, and he believes there is wiggle room for compromise.

"Compromise in some ways is a dirty word these days, but this is what you have to do. Someone said that compromise is what you get when no one is happy. Everyone will get a little of what they want and the cubs will begin construction," Yellon said.

The revised plan will go before the Commission on Chicago Landmarks on June 5. Cubs officials say the team has been working with city officials on the revised plan.

More details about the proposed expansion will be available on the **Cubs official website.**

*The Associated Press contributed to this report.*

# Exhibit A-4-4

# Wrigley renovation plans move forward; Cubs win approval from Landmarks Commission

POSTED 9:23 PM, JULY 10, 2014, BY FRANK HOLLAND

The Chicago Cubs won unanimous approval from the Commission on Chicago Landmarks today for an ambitious $575 million remake of Wrigley Field.

The new plan expands on last year's proposal to renovate the 100-year-old stadium and surrounding areas and calls for seven advertising signs in the outfield, instead of two signs, including a Jumbotron-like video board in left field.

After reducing the plan for the video board from 5,700 square feet to 4,452 square feet, Cubs officials recommended to the landmarks commission an even smaller size Thursday of 3,990 square feet.

The landmarks commission had to review the plan because Wrigley Field has city landmark status that protects several historic features of the ballpark, including the "uninterrupted sweep of the bleachers."

More at Chicago Tribune

# Exhibit A-4-5

# Ricketts Family Buying 2 Wrigley Rooftop Buildings

Al Yellon




David Banks

×

## Get the latest Chicago Cubs news with Bleed Cubbie Blue!

Like Bleed Cubbie Blue Facebook

This was the likely endgame of the Cubs/rooftop dispute. Now it's beginning to happen.

This story flew somewhat under the radar Friday with all the Joe Maddon news, but as Bruce Levine reports, the Ricketts family is about to close a deal for two of the rooftop buildings owned by local businessman George Loukas:

> Numerous sources have confirmed that the Ricketts Family LLC, a different entity from the Cubs, is close to finalizing a deal to purchase two roof top buildings owned by George Loukas and his family. The buildings overlook Wrigley field.
>
> The sale by Loukas points to many others falling in line and selling the other rooftop buildings to the Cubs. An unconfirmed source said the sale price was $6 million per building; that was not confirmed by a second source.

The second part of the quote, to me, is less certain. Sure, it seems likely, given the fact that the Cubs have zero interest in extending the rooftop deal past its expiration nine years from now, that rooftop owners would eventually sell out to the Cubs (or, more correctly, the Ricketts Family LLC, as noted in Levine's article). There aren't any specific rumors or report past the sale of the two buildings noted in the link, though.

According to this 2011 Sun-Times article, Loukas owns the Cubby Bear (where the Joe Maddon news conference will be held Monday), the Sports Corner at the corner of Addison & Sheffield and "three rooftop party decks" as well as "dozens of apartments" in Wrigleyville. The article also specifically notes that Loukas bought the building at 3700 N. Sheffield (the northwest corner of Sheffield & Waveland) in 1974. I'm not sure if this is one of the buildings included in the sale to the Ricketts, but here's that rooftop club's website.

The Sun-Times article is illuminating. It says that in 1974:

> Back then, tenants were mostly poor folks and the occasional drug dealer. Rent was 75 bucks a month for a two-bedroom. Cubs games were sparsely attended novelties. Local bars were dives. Latin Kings controlled the dope trade. Prostitutes worked the corners. Junkies slept in alleys. And there was nowhere to get a half-skim, no-foam latte.
>
> Loukas and a pal had a barbecue on the rooftop at 3700 N. Sheffield, which the brothers bought for just $135,000.

I've written before that one of Tribune Company's biggest mistakes was not buying up all the buildings on both Waveland and Sheffield in the early 1980s. I've also mentioned the experience of a friend of mine who was given the chance to buy a somewhat smaller building on Sheffield in the late 1970s for $38,000. Given those sorts of prices, Tribco could have bought pretty much all the buildings for a couple million dollars and, decades later, would have been able to put up seating and clubs on the rooftops that they owned themselves, during the hot-ticket heyday of the 2003-08 period.

But they didn't. The dispute between rooftop owners and the team has been well chronicled and I don't have to repeat it here. This sale, likely the first of many, will end up with the rooftop buildings under the control of the Ricketts family, where they can theoretically use them for many different Cubs-related purposes.

# Exhibit A-5

HOME ABOUT ADVERTISE CATEGORIES WRITE FOR US MEDIA CONTACT BUY TICKETS

# Cubs Prez Crane Kenney updates us on renovations, rooftops conflict

January 19, 2014 By paulmbanks Leave a Comment

Tweet Share reddit this! Stur Share



Chicago Cubs President Crane Kenney yesterday at the Cubs Convention regarding Wrigley Field renovations: "I think you know what the holdup is." Yes, I thought we had "peace in our time" between the Cubs and Wrigleyville rooftops owners. But maybe Pax Romana has once again passed on. Kenney says there's been much progress in past two weeks but a lawsuit would delay progress.

Crane Kenney also said that the roofies cost him $20 million losses due to missed out bleacher sales. Very tough to quantify if Crane Kenney is right on that. I'd like to see how these studies are done. Of course, I have zero sympathy for the Rooftops and never had one ounce of compassion to their cause. Ever.

Crane Kenney also equated $20 million to the annual salaries of Miguel Cabrera, Justin Verlander, Joe Mauer and Cole Hamels. So you can see his point. And have some compassion there. Kenney, the President of Baseball Operations, signed a new 5 year deal with Cubs last season. It's hard to feel sorry for the 4th most valuable brand in MLB; especially when you consider that the 4th most valuable brand puts an absolutely terrible product out on the field and has done so for decades. And things don't look to be getting any better any time soon in that regard. However, both Theo Epstein and Jed Hoyer have been 100% honest and transparent about this: total tear down needed before

total rebuild, and it will not re rushed. It's time consuming.



Back to Crane Kenny and this panel. It was the grown up segment of Cubs Convention. It's the session where tough important questions are asked and real topics that really matter are discussed. It was a bit paradoxical in that it's most interesting/valuable and the most boring/dry at the same time. Just to make it even more of a contradiction, I intentionally did my photo-opp with Clark the mascot directly before walking in to the session. Crane Kenney gave us some business school slides during his presentation, used a lot of corporatespeak and made me feel like I was back in MBA school needing to bone up on Six Sigma and Operations Throughput Analysis before the big midterm on Tuesday.

ZZZZZZZZZZZZZZZZzzzzzzzzzzzzz.

Okay, there's a time and space to: appreciate Clark, hear Anthony Rizzo joke about scoping out hot babes in the stands with Darwin Barney, hear Theo Epstein and Jed Hoyer make wisecracks about the fatalism of Cubs Nation and listen to new manager Rick Renteria's cliches about grit and gridiness. However, this session with Crane Kenney was not it. This panel was for critical thinking.

Crane Kenney was asked why the team is so slow to add free agents. "We've been like an EKG machine one year up, one year down. One year up, and maybe 20 years down." Then he gave the Atlanta Braves as the perfect example of the sustained success that he's shooting for. Over a 15 year stretch, they made the playoffs 14 times.



And maybe you don't have a lot of sympathy for Cubs ownership and front office brass, but you will when you realize how much they are truly hamstrung by their location, neighborhood and civic ordinances.

Crane Kenney said the Cubs pay the most in taxes of any MLB team, and it's not even close. They pay 17 times more in taxes than the San Francisco Giants. Three times more than the Toronto Blue Jays.

Cubs chairman Tom Ricketts said earlier in the day that the rooftop owners have different agendas, making it impossible to buy them all out: "It's not like you can just write a check."

Ricketts also said this about the renovations project: "We got a lot done with the city last year. We still have some details to iron out."



We'll put it this way. A lot needs to be done on a stadium hitting it's 100th birthday. Crane Kenny rhetorically asked: "Anyone here live in a 100-year-old house? Living in a 100-year-old house is inefficient."

*Paul M. Banks is the owner of The Sports Bank.net, an affiliate of Fox Sports. He's also an analyst for multiple news talk radio stations across the country; with regular weekly segments discussing: Illinois, Northwestern, Notre Dame, Bears and Bulls on NBC and Fox Sports Radio. President Barack Obama follows him on Twitter (@paulmbanks)*

# Exhibit A-6-1

(http://www.chicagotribune.com)

# Cubs, rooftops state their case in signage battle

February 01, 2014 | By Paul Sullivan, Tribune reporter

Recommend 2 Tweet 2

500 g+1 1

The Cubs and rooftop owners took their cases to the radio Saturday in the long-running battle over proposed ballpark signage and a video board that could obstruct rooftop views. The proposals are part of the Ricketts family's self-financed plan to renovate Wrigley Field.

Wrigleyville Rooftop Association spokesman Ryan McLaughlin told WSCR-AM 670 the possibility of a lawsuit remains if the Cubs erect the Budweiser sign in right field and a large video board in left field.

"We don't want to go through a battle here, but we're going to protect out rights," McLaughlin said. "You guys remember very well there was a legal fight between the previous owners of the Cubs (Tribune Co.) and the rooftops, and that was very lengthy. I don't think anybody wants that, but we have to protect our rights."

In a separate interview on WSCR-AM, Cubs spokesman Julian Green said the possibility of leaving Wrigley Field remains, though the Ricketts family wants to win a World Series at Wrigley Field.

"How far do you go before you say 'You know what? We tried and we tried to make the good effort, but it didn't work out?'" Green said. "I won't speak on behalf of the family, but I'm sure this is weighing heavily on them because they want to move forward on this."

Green said 27 of the 30 ballparks have received "some type of public financing," while the Cubs are spending their own money and have made several compromises already. He said "additional demands" by the rooftop owners to move the video board was a "non-starter," which stalled negotiations.

The two sides were nearing a compromise, Green said, including a plan to move the right field sign outside the ballpark. But remarks by Chairman Tom Ricketts at the Cubs Convention led to the latest threat of legal action by rooftop owners, halting progress in the negotiations.

Interpretation of the language in the contractual agreement between the two sides is the crux of the argument.

Green said "there was never any guarantee over the life of this contract that the (rooftop) views would not change," and pointed to the installation of the Toyota sign outside the left field wall.

McLaughlin countered: "The Toyota sign doesn't block anybody's views. That's important. It blocks a building where there aren't any rooftops."

Green said the 2004 contract gives the Cubs the right to put up signs "that are in the best interest of our team," and it's not about installing "wind screens or weather balloons" to block rooftop views, as the club did in 2002.

"As we've said over the last several months, an expansion of Wrigley Field is not a violation of the contract, period," he said. "We're going to continue to live up to the letter of the contract and try to work on a compromise."

McLaughlin acknowledged it appeared the debate over the right field signage "will be handled," but added the "Jumbotron in left field does block views, depending on the size of it, and where it's located. So, our view of the contract, we're protecting our rights from blockage."

As for claims the rooftops are responsible for the decision not to begin the $300 million ballpark renovation plan, McLaughlin said it was "red herring to say we're holding up the renovation and the construction," pointing to the proposed hotel and the signage outside the park that have already been approved and are not in dispute.

"We're talking about a sign in right field and a Jumbotron which is 7,000 of the 42,000 (square) feet (of signage) proposed and passed in City Hall," he said, adding: "I don't know how a sign in right field and a (video board) in left field prevents the rest of that from happening."

Green said the Cubs "believe an out-of-court solution is always preferred," and the Ricketts do not want to begin construction of the renovation project and "have it held up in the courts for months or years." He said the team has compromised already on the number of signs, as well as the location and size of the signs.

McLaughlin said the contract signed with the Cubs in 2004 led the rooftop owners to make "significant investments under the understanding we're going to have this kind of agreement for the next 20 years and then we'll see how it goes." He said "halfway through the contract the rug kind of gets pulled out from under us," leading to the stalemate.

# Exhibit A-6-2

[PRINT] ESPN.com: Baseball [Print without images] ESPN

Thursday, March 25, 2010

# Cubs owner: Sign won't affect rooftops

Associated Press

CHICAGO -- Less than two weeks before the start of his first season as owner of the Chicago Cubs, Tom Ricketts says he's having trouble sleeping.

That might be from some of the sticky issues he already has had to confront since his family took over the team in October. But those restless nights also stem from the anticipation and excitement of getting the season under way -- as both the guy in charge and a longtime fan.

**ESPNChicago.com Cubs blog**

The latest news and notes on the Cubs. **Blog**

The latest incident in Ricketts' short tenure stems from the Cubs desire to erect a Toyota sign above the left field bleachers at Wrigley Field, which some critics say would infringe on the historical ambiance of the second-oldest ball park in the majors, built in 1914.

"I think it's fairly innocuous. It won't affect any rooftops and everyone will be able to see. It's really not a big deal," Ricketts said Wednesday after a talk at the City Club of Chicago.

"I think when we see something like that that can really help the team, we should be able to. We're very committed to the preservation of Wrigley, and we've shown it, and we've really done it. ... We do need to keep looking for ways to increase revenues, obviously, because we have a lot of expenses."

Ricketts said the club even put up a mock Styrofoam sign this week as a test run for city officials to see how it would look and affect sight lines. A zoning commission and landmarks committee must approve the sign and Ricketts said he is confident the issue will be resolved.

Ricketts said the deal with the automaker would produce a substantial amount of revenue that would be significant to the Cubs and not affect the field or the fans.

"I respect the fact that people like Wrigley the way it is," Ricketts said. "I really do. And we are honestly more committed to preservation than anyone."

The new owners have been busy sprucing up and making renovations at Wrigley Field, including upgrades in the restrooms and players' quarters. They removed some concrete panels so the stadium will get more sunlight.

The Cubs also are planning to build a new spring training complex in Arizona, an $84 million project, some of which could be funded by a surcharge on Cactus League tickets. Most owners of the other teams are opposed to that, including Chicago White Sox chairman Jerry Reinsdorf.

"It's not personal," Ricketts said, adding that Reinsdorf had been helpful in giving him advice as he sought to buy the Cubs. "We'll get to the end of the line. We'll get something done there. I'm confident

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 74 of 137 PageID #:226
it's just a matter of working through the legislative process."

Ricketts said the team had not yet chosen a site for the new complex because they wanted to make sure a financial agreement was completed first.

Ricketts said there had been no discussions about adding more night games or personal seat licenses at Wrigley Field. But he said he wouldn't rule PSLs out for the future.

On the team itself, he said manager Lou Piniella's future with the Cubs will be handled by general manager Jim Hendry. Piniella is in the fourth and final year of his contract.

"I think Lou is a great person and a great manager," Ricketts said. "Next year is really between Jim and Lou ... It's Jim's decision who comes in as manager."

As a longtime Cubs fan who met his wife in the Wrigley bleachers and once lived across the street from the neighborhood park, Ricketts and his family can relate to the long-suffering fans of a team that has not won the World Series since 1908.

When he addressed the team in spring training, Ricketts said he didn't get nervous until he turned around and saw Greg Maddux, the 355-game winner who started his career with the Cubs in 1986 and is now an assistant to Hendry.

Maddux has a new job. And so does Ricketts.

"I was joking with some neighbors, like, hopefully we don't start 1-2 and everyone says, `Same old, same old,'' Ricketts said. "It's great right now and a lot of fans have come up and said hi. Everyone is excited and respectful, they just want to get the season started."

---

# Exhibit A-6-3

Chicago ▼ SIGN UP FOR NEWSLETTERS CBS Local Rewards Login | Register Search

CBS

40°

FOLLOW US

Home News Sports Health Audio Video Best Of Events Traffic Weather Contests Directory Travel Deals Circulars Autos

Local Investigative Politics Business health Consumer Entertainment National World Photos

50% OFF CARPET & FLOORING 50% OFF PADDING & MATERIALS 50% OFF INSTALLATION Select Styles EMPIRE TODAY 800 588 2300 FREE In-Home Estimate Schedule Now

*Local*

# Ricketts: Cubs Will Win World Series With Wrigley Renovation Deal

April 15, 2013 12:26 PM

Share 647 27 25 View Comments




Chicago Buy Tickets Order Food More LOGIN REGISTER FOLLOW US

Related Tags: Chicago Cubs, Tom Ricketts, World Series, Wrigley Field



The Spiegel And Mannelly Show
Read More

CHICAGO (CBS) — A day after striking a $500 million deal with the city to renovate Wrigley Field and build a new hotel, Chicago Cubs owner Tom Ricketts said the agreement would bring a World Series title to the North Side.

"If this plan is approved, we will win the World Series for our fans and our city. We need this project in order to bring our fans a winner," he said.

CBS 2's Dana Kozlov reports the plan to rehab the historic stadium includes a massive video scoreboard in left field, more night games at Wrigley, street fairs outside the ballpark, and a new hotel across the street.

It's the culmination of months of talks between the Ricketts family, Wrigleyville Ald. Tom Tunney (44th), and the Emanuel administration.

If approved, much will change inside and outside Wrigley Field. For example, the right field wall would be extended ten feet out, swallowing up a lane of traffic.

It's a landmark and a fan favorite, but after this season, Wrigley Field could start its transformation, if Ricketts gets his way on renovations and other plans for the stadium.

He promised the changes would help the Cubs win the long-elusive World Series trophy it has not captured in more than a century.

"As I've said since Day One, our primary goal is to win the World Series. The financial impact of this proposal will help us do that," Ricketts said Monday morning.

The $500 million, Ricketts family-financed renovation deal was announced late Sunday night. Ricketts said it includes interior upgrades to the concourses, locker rooms and other player areas.

But details that will likely generate the most fan discussion is what will happen around exterior the ballpark.

In left field, a 6000-square-foot video scoreboard would go up – roughly three times the size of the current hand-operated scoreboard.

A see-through sign, like the Toyota sign in left field, would hover over right field.

Both the new sign and the video board would potentially block some of the views from rooftop clubs across the street.

Rooftop club owners have threatened to sue over any plans that would block their views.

On Monday, the Wrigleyville Rooftops Association released the following statement:

"We are pleased the Chicago Cubs will participate in a community process to flesh out these details more in-depth. However, no community process, city ordinance, or agreement without our consent can or should dismiss contractual rights granted to us by the Chicago Cubs in 2004. Rooftop owners reserve the right to use any and all means necessary to enforce the remaining 11 years of our 20-year contract. We, as well as every interested party in the Lakeview neighborhood, will study the plans submitted to the City of Chicago and play a constructive role in moving forward."

The Cubs have said they will choose the location for the scoreboard and the new sign with the goal of minimizing the impact on the views from the rooftops.

"I have not spoken to any rooftop owners lately with regard to that. You know, we'll take that issue as it comes," Ricketts said.

Ricketts said both the left and right field walls would be moved back to minimize the impact of the renovations on rooftop views, permanently replacing a lane of traffic on Waveland and Sheffield.

In addition, the plan would extend beer sales to 10:30 p.m. or the end of the 7th inning (whichever is earlier), add 30 safety personnel to area after games and create 1,000 free remote parking spaces with shuttle.

The team would also be allowed to host up to 40 night games a year, up from the current limit of 30

Mayor Rahm Emanuel supported the plan, saying it's a win-win for the city and the Cubs.

"The Ricketts family and the ownership can do the investments they need to do, but it's also a win for Wrigleyville, in that neighborhood, because we're finally going to get a parking plan, a security plan, as well as a traffic plan and investments in the neighborhood that allow both to go forward together and both to get wins," the mayor said. "And I think it's a win for the city of Chicago from both the job creation and the economic development, and also from the notion of no taxpayer subsidy needed to make that work. So I wanted to make sure, because it's in the news, to at least address that subject. But that is also part of this strategy overall, of job creation that's why we're here."

Tunney kept quiet on the agreement on Monday, but Ricketts said he was confident the deal would get final approval in time to begin work after this season ends.

"I would go forward with the assumption that there will be lots of community meetings, lots of discussion, and we will end up with this plan," Ricketts said.

The deal would require approval from the Commission on Chicago Landmarks, since much of the stadium is protected by landmark status. The City Council would also have to sign off on the agreement before work could begin.

---

# Exhibit A-7

BLEACHER NATION

OBSESSING ABOUT THE CHICAGO CUBS SINCE 2008

# A Comprehensive Update on the Wrigley Renovation Plan – All of the Details on What's to Come

in Analysis and Commentary / Chicago Cubs News — by Brett — April 15, 2013



The renovation of Wrigley Field, as you my have noticed, is a complicated business, involving several layers and interested parties. With an agreement now in place, and the approval process to begin, it's important to lay out – in excruciating detail – everything* involved in this renovation process. What's changing, what's new, who gets what, what happens when, and on and on.

As the approval process goes on, and the renovations take place, things will change. They always do. But, as I sit here on April 15, 2013, this is what we know, and this is the plan. The majority of the information here comes directly from the lengthy Wrigley renovation proposal to which the Cubs, the City, and Alderman Tom Tunney have agreed, and which was sent to the media earlier today.

**Of course, if the past three months (hell, three years) have taught us anything, it's that there's no way I could actually presume to discuss everything that could come up. But this is everything of which we are presently aware.*

**Improvements to / Preservation of Wrigley Field**

- Details of the planned improvements/preservations are available, together with pictures, here. These haven't really changed since the Cubs first announced the plans at this year's Cubs Convention back in January, and that post remains your best background on everything the Cubs plan to do to Wrigley, itself. In short: better player facilities, better fan amenities, reasonable modernization, and no more crumbling concrete.
- The player facilities improvements are expected to be the immediate priority in the renovation, with completion desired before the start of the 2014 season.

**JumboTron and Right Field Sign**

- In left field, the Cubs plan to place a large video board (they are colloquially known as JumboTrons, much in the way all booger tissues are known as "Kleenex"), approximately 6,000 square feet in size. The board would be three times as large as the The Old Scoreboard in center field, which would remain in place.
- The Cubs will decide on precise location of the JumboTron, depending on the stadium's abilities, with the goal of preserving rooftop views/minimizing impact on rooftop views.
- The JumboTron might be cantilevered over the streets/sidewalks on Waveland to further that goal, if possible.
- In right field, the Cubs plan to place a 1,000 foot advertising sign, similar to the Toyota sign currently in left field (which would, itself be replaced by the video board). That is approximately three times the size of the Toyota sign.
- Once again, the Cubs will choose the precise location, with the goal of reducing the impact on the rooftop views. Given that the sign is described as "in

the style" of the Toyota sign, I'm guessing it will be designed to be as see-through as possible.

- The JumboTron is expected to display replays, statistics, and, of course, advertisements. It is not presently expected to include a Kiss Cam, and crap like that.
- The expectation is that these items will be in place for the 2014 season.

**Outfield Wall**

- The Cubs will be permitted to bump out each of the outfield walls, taking up the sidewalks currently on Waveland and Sheffield, as well as one lane of traffic on Waveland. The precise distance is not yet stated, but is believed to be about eight to ten feet. There will still have to be sidewalks, though.
- The bump out will not affect the in-park dimensions, but will create additional concession space inside of Wrigley Field.
- The bump out will allow the Cubs to place their outfield signage slightly closer to the rooftop buildings, reducing the impact on their sight lines.

**In-Stadium Signage**

- There will be new signage within Wrigley, which will be placed at the Cubs' sole discretion.
- The new signage is expected to include a restoration of The Old Scoreboard (and a new LED sign below, likely), a new LED ribbon board along the upper deck of the grandstand, a "new sign on wall in right field" (which I assume means a sign like the Target logo or Under Armor ad in the outfield), and new ads behind home plate. These are likely to come in time for the 2014 season, given their revenue-generating capability.
- The plan released by the Cubs today does not mention a new LED board in left field, like the one now on the wall in right field. The original plans revealed at the Convention did include a new board in left field. I guess we'll see on that one.

**Night Games**

- The Cubs will be permitted to schedule 40 night games, up from their current allotment of 30. (Subject to the points below.)
- The Cubs will also have flexibility for night games that are mandated by MLB, pursuant to a national broadcast, for example. (This occurs when a team is good, and MLB says, "hey, we want that good team to be shown in one of our national slots!" – in other words, the flexibility thing shouldn't be an issue for a couple years.)
- The flexibility is a little tricky to explain. Here's the exact language in the Cubs' proposal: "If Major League Baseball or its national television contract requires Cubs to play more than five home night games in any season, such games will be authorized by special ordinance and will not count against the 40-game limit or require additional cost to Cubs." Lawyer parsing alert: does this language mean that the Cubs can schedule only 35 night games on their own in advance of a season, because they have to preserve up to five dates for MLB? According to that language, the Cubs are permitted to go over 40 games *only* if MLB requires the Cubs to flip *more* than five games from day to night. If the Cubs schedule 40 night games, and then MLB asks them to flip 1, 2, 3, 4, or 5 games, the Cubs would have violated this provision.
- A guess on how this is resolved? The Cubs schedule 35 night games, and work with MLB to ensure that they get at least three or four games "mandated" by MLB as night games each year. That way, the Cubs can get as close to 40 as possible every year (and then can go plenty over 40 in years in which they are good and MLB wants the Cubs on many national broadcasts).
- The Cubs and the City will reevaluate this plan after five seasons to see if it's working. If it isn't, the Cubs might get more night games – but, either way, they won't have any night games removed. (This is pretty important because, as you'll recall, the Cubs' CSN TV deal is up after the 2019 season. In five years, the Cubs could add additional night games, and increase the value of their broadcast rights just in time for that negotiation.)
- There are still no permissible Saturday or Sunday night games, except for those mandated by MLB for a national TV broadcast.
- None of the following count against the Cubs' night game limit: playoffs, All-Star Game, concerts, games rescheduled because of a rain-out, and other events where fewer than 15,000 people are expected to attend.
- The increase in night games could come as soon as this season. The plan calls for a night game ordinance to be introduced in May of this year, and voted on by City Council no later than the June City Council meeting.

**Friday Games**

- The Cubs additional want the ability to schedule 3:05pm CT games on Fridays. They will seek six 3:05pm CT Friday games, up from the current allotment of zero.
- This Friday game plan is also to be implemented by an ordinance introduced to City Council no later than May, and voted on no later than June.

**Concerts**

- The Cubs will be permitted to host up to four concerts per year at Wrigley Field, up from the previous allotment of three.
- Concerts do not count as "night games." However, any concert in excess of four *does* count as a "night game." So, the Cubs have the flexibility to schedule an extra concert or two in a given year if they feel like they won't use up their night game allotment.

**Street Fairs**

- The Cubs will get their street fairs on Sheffield avenue, subject to some limitations. The fairs may be conducted for weekend home games between

Memorial Day and Labor Day beginning two hours before game and ending at the end of 2nd inning.

- Once the open-air plaza on the Triangle Property is completed, use of Sheffield for the fairs will be reconsidered. In other words, the fairs might be moved to the plaza once it is ready to go.

**Hotel**

- The new hotel (affiliated with Sheraton) on the McDonald's property will be a minimum of 91' tall, and will have 175 rooms, 75 parking spaces, a 40,000 square foot athletic club, retail areas and dining areas.
- Advertising signage will be permitted on the hotel.
- A bridge will be constructed over Clark to connect the hotel to the new building on the Triangle Property. The bridge will be home to a "Welcome to Wrigleyville" sign ... which ... be careful, Cubs. There's a fine balance between historic/delightfully tacky and just tacky.

**Triangle Property – Building and Open-Air Plaza**

- The long-awaited Triangle Building is kinda-sorta happening. It will be 85' tall, and will be at the north end of the Triangle property. It will house Cubs offices, hotel meeting space, a kids area, and retail.
- Like the hotel, advertising will be permitted on the Triangle Building.
- The building will be – as near as I can tell – adjacent to an open-air plaza on the other end of the Triangle Property, which will be used for community events (example: ice skating rink in the winter, farmers market in the summer). There will be large video boards in the plaza that will be used for advertising, movies, and viewing Cubs games.
- The plaza area will also be home to various retail/restaurant/bar locations. It appears that the goal is a Cubs/Wrigley-themed fun/food/family area.
- The Cubs also received an agreement from the City not to allow any new billboard signage viewable from the ballpark. (Large-scale advertising in this area, apparently, is going to be solely the Cubs' business, and no one else's.)

**Captain Morgan Club**

- A new, two-story Captain Morgan Club (probably replacing single story version currently on Addison) will be constructed, which will house the bar, as well as a Cubs retail area, and the visiting clubhouse. (Insert joke about boozing up the opponents before the game.)

**Other In-Park Changes**

- The Cubs plan to build connection points in right and left field between the grandstand and the bleachers, which could prove tricky, given that bleacher seating is general admission.
- Beer sales will be extended from the middle of the 7th inning to the end of the 7th inning, or 10:30pm, whichever is earlier.

**Community**

- The Cubs will make annual contributions for community projects, which projects will be jointly determined by Alderman Tunney and the Cubs. The amount of the contributions are $500,000 per year for 2014-2018, and $250,000 per year for 2019-2023. If you are prone to political cynism, this is where that cynism goes.
- The Cubs will pay for a new traffic light on Clark Street ($350,000!), and two more will be paid for by the CubFund (a fund set up by the Cubs over the years to pay for community needs).
- Thirty new security personnel will be assigned to Cubs games, ten of whom will be paid for by the Cubs.
- The Cubs will contribute $1 million to the School Street playlot and park.

**Parking**

- The Cubs will reconstruct the Eddy Street (Brown) lot, which will add an addition 100 parking spaces, increasing the total there to 300.
- The Cubs will now provide shuttles to remote parking lots for free, rather than charge $6. The remote parking spots are free, though there is a limit of 1,000 spots.
- The parking plans will be readjusted if the cost to the Cubs for the free remote option exceeds $100,000 after three years.
- No new parking garage is currently planned.

**Rooftops**

- The clear goal is reduce the impact of the renovation on the rooftops, and the Cubs appear to intend to fulfill the current contract with the rooftops (which runs through 2024, and provides the Cubs a 17% revenue share from what the rooftops earn).
- The rooftops issued a press release soon after Tom Ricketts met with the media today, in which they say very nice things about the process moving forward, but preserve their right to enforce their contract if necessary.
- We aren't going to know whether a lawsuit is forthcoming until the final plans are in place, and the rooftops have an opportunity to evaluate just how

negatively they will be impacted by the two outfield signs. A lawsuit to block the renovation seems unlikely to succeed, whereas a suit for damages – if the Cubs block their views, causing them actual damages, and if doing so is an actual breach of the agreement – is possible.

**Approvals/Process**

- In the Planned Development process, the community offers input on a variety of aspects of the plan (as they already have with respect to night games, for example) by way of zoning controls and statements, as well as review and comment on specific project plans. This process occurs before City Council votes on a particular plan, and is designed to help guide the project into an approvable form. Some of the particulars of the renovation plan will likely change throughout the Planned Development process, but probably not the general framework.
- The Landmarks Commission will have to approve various aspects of the plan, given that Wrigley Field is subject to certain landmark restrictions. It does not appear at this time that the landmark designations are going away as a part of this renovation. That said, the landmark restrictions are not expected to impede the implementation of this plan. Indeed, the City of Chicago is expected to support the Cubs' application for Class L property tax status, which provides a tax incentive to entities that renovate landmarks.
- City Council will have to approve aspects of the plan, and certain items will require ordinances on an ongoing basis. That said, with Alderman Tunney's support, this should not be an issue.
- The renovation plan calls for the Planned Development process to start as soon as possible, and the final approvals to be granted prior to October 2013. Not that the Cubs are expect to be able to start renovations in October, right? I mean, that's when the playoffs happen!
- The City will coordinate the approval process in such a way as to aid the Cubs in meeting a construction schedule that minimizes the risk of interfering with the baseball schedule.
- The Cubs will receive rezoning as necessary to effectuate the renovation plans.
- A fun inclusion, in bold and italics, at the end of the Cubs' renovation plan: "Except where specifically noted above, it is not intended there will be any additional cost to Cubs nor will Cubs be asked to pay any special fee or cost not imposed on other Chicago professional sports teams (for example, no special Wrigley Field tax or policing costs, except as noted above)."

*No related posts.*

Tweet 15
Like 116
g+1 0



Author: Brett
Brett Taylor is the editor and lead writer at Bleacher Nation, and can also be found as Bleacher Nation on Twitter and on Facebook.

- Visit Author:
- Website
- All Posts

# Exhibit A-8-1

# Wrigley Rooftop Clubs are Striking Out

As the Cubs continue their tradition of losing, it's the businesses centered around them that are hurting the most with this year's dismal record. Wrigley attendance is down 3.6 percent from last year and the rooftop clubs are slashing prices for the first time trying to make ends meet. "There's a lot of money going out and only some coming in," the managing partner of Skybox rooftop told the Tribune.

The sluggish economy and the team's losing record has discouraged companies from buying tickets for rooftop summer corporate outings. So rooftops allegedly began utilizing ticket brokers and selling tickets on the day of games, which is in violation of the city's rooftop ordinance. Down the Line rooftop, which received investment money from the new Cubs owner Tom Ricketts, has tickets available on discount sites for as low as $59. In June, the Cubs threatened legal action against the rooftop owners, even though the Cubs still profit off their sales. Part of their 2004 agreement is rooftop owners pay the Cubs 17 percent of their revenues; in 2007 rooftops generated $18 million.

However, this year's dwindling ticket sales make it hard for rooftops to pay the costly monthly mortgages. In April the Lakeview Baseball Club had a foreclosure suit filed, and the bank is seeking $2.5

million. To boost business rooftop owners want to open ground level shops, but are currently prevented by special zoning restrictions. Lucky for them they have clout on their side. Since 2003 the rooftops have donated more than $160,000 in campaign donations to Ald. Tom Tunney and even host fundraisers for him out of their own pocket. For better times, the rooftops will just have to wait until next year.

Contact the author of this article or email tips@chicagoist.com with further questions, comments or tips.
Sean Stillmaker in News on Aug 15, 2010 10:00 am

# Exhibit A-8-2

# MLB roundup: Cubs announce Wrigley renovation deal

April 15, 2013 | Reuters

Recommend 0 Tweet 0

2 g+1 0

The Sports Xchange

MLB roundup: Cubs announce Wrigley renovation deal

Chicago Cubs chairman Tom Ricketts said at a news conference Monday that the framework for a $500 million deal to renovate Wrigley Field will bring a world championship to the city.

"If this plan is approved, we will win the World Series for our fans and our city," he said at Wrigley Field.

The Cubs have not won a title since 1908, the long drought in professional sports.

"We need this project in order to bring our fans a winner," Ricketts added.

The deal, which has been approved by the city, includes an electronic 6,000-square foot video screen that is almost three times bigger than the manual scoreboard at the nearly 100-year-old ballpark.

The club also plans to increase the number of night games there to 40 per season.

Chicago mayor Rahm Emanuel said Sunday night that the renovation project includes no taxpayer funding.

---The Cincinnati Reds placed right-hander Johnny Cueto on the 15-day disabled list Monday with a strained lat muscle.

Cueto was injured during his start on Sunday. The move is retroactive to Sunday.

The club promoted right-hander Justin Freeman from Class AAA Louisville to assume Cueto's roster spot.

---The Cleveland Indians announced that they transferred right-handed pitcher Matt Albers to the family medical emergency list.

In five relief appearances this season, Albers is 1-0 with a 5.40 ERA.

The club also completed a minor league trade, acquiring catcher Chris Wallace from the Houston Astros for left-hander Eric Berger.

---The Minnesota Twins called up outfielder Oswaldo Arcia from Triple-A to replace Wilkin Ramirez, who is on paternity leave.

Arcia was in the starting lineup, batting sixth, on Monday, when he'll make his major-league debut.

--- The Toronto Blue Jays are giving thir baseman Brett Lawrie some playing time at second base while he rehabs at Class A Dunedin. If he performs well enough he could get some time at second base with the Blue Jays.

---Boston Red Sox pitcher John Lackey, who has been sidelined since April 6 with a strained biceps, was cleared to resume throwing. Red Sox manager John Farrell told the Boston Globe that Lackey will start throwing on Tuesday, although there is no timetable for his possible return to the rotation.

---------------------------------------------

# Exhibit A-8-3

Recommended Games



More games »
Sponsored
EQUIFAX
Take control of your credit with Equifax Complete™ Premier.

# Cubs chairman threatens to move team from Wrigley

AP By JASON KEYSER
May 1, 2013 8:16 PM



CHICAGO (AP) — The owner of the Chicago Cubs threatened to move the team out of Wrigley Field for the first time publicly if his plans for a big, new video screen are blocked, saying Wednesday he needs new advertising revenue to help bankroll a $500 million renovation of the storied ballpark.

Cubs Chairman Tom Ricketts until now had said nothing as dire, despite months of contentious negotiations over how to keep everyone happy in sprucing up the 99-year-old stadium in the heart of Wrigleyville on Chicago's North Side.

"The fact is that if we don't have the ability to generate revenue in our own outfield, we'll have to take a look at moving — no question," Ricketts told reporters after outlining renovation plans to Chicago business leaders.

He added that he remains committed to working out a deal and it is

difficult to imagine the Cubs playing anywhere else. But the fight over the Friendly Confines boils down to money and, of course, something unusual — it's the Cubs, after all.

By far the thorniest issue is the plan for a 6,000-square-foot video screen over left field, a common feature in many major league ballparks. The difference is that Wrigley Field — the second oldest ballpark in Major League Baseball behind Fenway Park in Boston — is surrounded by privately owned clubs with rooftop bleachers whose owners object to any changes that could block their bird's-eye views into the stadium.

The rooftop businesses have been left out of discussions on the proposed upgrade, but they feel they should have a seat at the bargaining table because they have a contract in which they share 17 percent of their revenue with the Cubs. Legal action is a possibility.



Chicago Cubs Chairman Tom Ricketts speaks of his family's proposed $500 million investment in Wrigle ...

Ricketts presented an architectural rendering of the video screen during his speech to the City Club of Chicago and insisted that the team's own studies have shown it would have minimal, if any, impact on the views. He described the sign as "midsize" compared with those at other stadiums, though it is nearly three times as large as the scoreboard currently atop the centerfield bleachers. Another smaller sign with the name of a sponsor is planned for right field.

He said without such signage, the team was losing out on $20 million a year in ad revenue — essential for helping fund the extensive renovations without dipping into taxpayer funds.

"All we really need is to be able to run our business like a business and not a museum," Ricketts told the audience.

Ricketts said the team formally filed its full renovation proposal with the city of Chicago on Wednesday. The plan must get approval from city planners and the City Council. There will also be public hearings.

The overall plan calls for more night games, a 175-room boutique hotel across the street, a new clubhouse and upgrades for fans. The proposal also calls for an open-air plaza and an office building with retail space.

Mayor Rahm Emanuel and the alderman whose ward includes Wrigley Field, Tom Tunney, support the overall plan. The mayor's office has already agreed that the outfield signs can be installed,

but there has been no agreement on size or design.



This artist rendering provided May 1, 2013 by the Chicago Cubs shows renovations planned at Wrigley ...

If the deal wins approval, Ricketts said work could begin after this season ends and be completed over the next five years. Theo Epstein, Cubs president of baseball operations, said Wednesday that he hopes the public approval process moves quickly so renovation work, especially upgrades to the clubhouse, starts soon.

"If it drags on too long, it's going to be unrealistic to get it done this winter," Epstein said before the team's game against the San Diego Padres. "Then we're probably looking at opening day 2015 for the renovated clubhouse."

One of the rooftop owners, Beth Murphy, told reporters after listening to Ricketts' speech that it was the first time she'd seen any drawings of the screen and that she and other owners would have a lot of vetting to do before determining if the proposal works.

"It looked big to me and it looked like it blocked out the neighborhood," Murphy said.



This artist rendering provided May 1, 2013 by the Chicago Cubs shows renovations planned at Wrigley ...

The rooftop owners have previously threatened legal action, and Murphy said she was confident their contract would hold up and protect their businesses.

Commenting on the possibility that Ricketts might really take the team elsewhere, Murphy said doing so would not be "a wise business decision."

"The reason the Cubs are such a tourist destination ... is because it's a ballpark in a neighborhood," Murphy said. "I don't think a new ballpark in a parking lot is interesting and that's why other ballparks don't have the tourism that Wrigley Field does."

If Ricketts is serious about leaving, he already has a suitor. Several weeks ago, the mayor of nearby Rosemont said that the village near O'Hare International Airport has a 25-acre chunk of land that the Cubs could have for free if they wanted to build a replica of Wrigley Field there. While Mayor Bradley Stephens said the idea of the Cubs leaving Wrigley was the longest of long shots, he wanted to make sure that if the Cubs did decide to leave they knew about the offer.

Cubs fans said they doubted Ricketts would move the team and

that he most likely raised the prospect out of frustration with the negotiations.

"I'm surprised it's taken him this long to snap," said Rick Kaempfer, who created the fan blog www.justonebadcentury.com .

He said he shared those frustrations and wished the rooftop owners would back off and allow Ricketts to run the club as he sees fit.

"I think we should trust this organization because they have shown over time that they take the history of Wrigley Field seriously and so far nothing they have done has diminished it, in my opinion," he said.

**View Comments (166)**

# Exhibit A-8-4

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 96 of 137 PageID #:248

Search

MyWrigleyville.com

Home Photo Galleries Videos News Resources Wrigley Rooftops Directory

Home / News / Cubs may ponder Wrigley exit

Share

# Cubs may ponder Wrigley exit

May 1, 2013 No Comments

"annualized, "Tom, +, cubs, opportunity"

Cubs chairman Tom Ricketts said Wednesday that without new signage in the outfield at Wrigley Field, the team will consider leaving the historic ballpark.

It is the first time Ricketts has publicly floated the idea of leaving Wrigley, although he maintained throughout his speech at the City Club of Chicago that his preference is to remain at Wrigley and improve the park.

"

All we really need is to be able to run our business like a business and not a museum.

"

– Tom Ricketts

"The fact is that if we don't have the ability to generate revenue in our own outfield, we'll have to take a look at moving — no question," Ricketts told reporters after a speech to Chicago business leaders outlining plans for a $500 million renovation of the 99-year-old stadium.

Ricketts said the team needs to install a 6,000-square-foot video board at Wrigley because it would bring in much-needed revenue.

"I'm not sure how anyone is going to stop the signs in the outfield, but if it comes to the point that we don't have the ability to do what we need to do in our outfield, then we're going to have to consider moving," Ricketts told reporters, according to the Chicago Tribune. "It's as simple as that."

Rosemont, Ill., Mayor Brad Stephens has proposed a 25-acre parcel of land in Rosemont near O'Hare International Airport as an option for the Cubs if they can't work out a deal with the City of Chicago.

Ricketts presented an architectural rendering of the video screen during his speech to the City Club of Chicago and insisted it would have minimal if any impact on the views of rooftop owners. He said without such signage, the team was losing out on $20 million a year in ad revenue — essential for helping fund extensive renovations without dipping into taxpayer funds.

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 98 of 137 PageID #:250

"All we really need is to be able to run our business like a business and not a museum," Ricketts told the audience.

One of the rooftop owners, Beth Murphy, sat in on the speech and told reporters afterward that it was the first time she'd seen any drawings of the screen and that she and other owners would have a lot of vetting to do before determining if the proposal works.

"It looked big to me and it looked like it blocked out the neighborhood," she said.

The rooftop owners, who charge fans for access to watch Cubs games and other Wrigley events, worry such a board would block their views and have previously threatened legal action. Murphy said she was confident their contract would hold up and protect their businesses. In 2004, the team — under previous ownership — and the rooftop owners entered into a 20-year deal in which the Cubs allow access to views of Wrigley in exchange for 17 percent of rooftop revenues.

"The fact that we are limited on advertising in our own outfield has an annualized opportunity cost of $20 million," Ricketts said. "These limits on advertising are obvious because of our relationship with the rooftops across the street.

"The rooftops have grossed over $250 million in the last 10 years. And while I think many people view rooftops as incremental group events, over time they have shifted to selling individual tickets and have become direct competitors, selling both season tickets and aggressively discounting tickets on Groupon and other sites."

Ricketts said the team formally filed its renovation proposal with the city of Chicago on Wednesday. The plan must get approval from city planners and the City Council. There will also be public hearings on the plan.

On April 15, Ricketts said if his plan is approved, it will bring the first World Series title to the north side of Chicago since 1908.

Tell us what you think.

Information from The Associated Press was used in this report.

**Share this:**

Email | Facebook | LinkedIn | Twitter | Google

← Marmol Could Be Back In As Closer

Are The Lawsuits Coming? →

# Exhibit A-8-5

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 100 of 137 PageID #:252

CRAIN'S CHICAGO BUSINESS. Print Story Printed from ChicagoBusiness.com

# Cubs' Ricketts: 'We'll have to consider moving' if outfield signs nixed

By Danny Ecker May 01, 2013

Cubs owner Tom Ricketts this morning raised the specter of moving the team if **proposed signage for the outfield** — including a Jumbotron — is not approved.

"I'm not sure how anyone's going to stop (us from) putting signs in the outfield, but if it comes to the point that we don't have the ability to do what we need to do in our outfield, then we'll have to consider moving," Mr. Ricketts said at a City Club of Chicago breakfast event this morning.

The comments marked the first time Mr. Ricketts has publicly floated the idea of moving the team.

Speaking afterward to the media, he said, "The fact is if we don't have the ability to generate revenue in our own outfield, then we'll have to take a look at moving."

Asked if that's a threat to move, Mr. Ricketts said, "No threat."

He also said, "Keep it in context: The talk of moving is relative to being able to have flexibility in the outfield."

Mr. Ricketts plans to meet with rooftop owners in the next few days to discuss the **proposed planned development, which the Cubs have just unveiled.**

Rooftop owners' spokeswoman Beth Murphy, who was at the event, said she is "confident" that the rooftops' contracts with the Cubs will hold up if challenged. Those contracts forbid the team from blocking rooftop views.

"I want to work with the Cubs. I would like to see us figure something out," Ms. Murphy said. "I think we have a lot of work to do."

During his keynote address, Mr. Ricketts said the team has always tried to "phase signs in" to minimize the impact on rooftop views, but estimated that the outfield signage limitations the Cubs face cost the team $20 million in revenue each season.

"On a personal level, I like all the people that own the rooftops, they're good folks," said Mr. Ricketts, who also calls the rooftop owners his "direct competitors."

"But we just have to start to address the issue (the lack of outfield signage) creates for us in terms of the dollars we lose. And this plan takes a step in that direction."

Mr. Ricketts also said he is "very confident" that the revenue-sharing contracts the team has with rooftop owners will not be an issue in being able to erect the signs.

The Cubs owner said he's looking forward to diving into the public process to get his plans approved, beginning with the planned development application, which the team is filing today.

"We hope everyone in Chicago — planning, zoning boards and the City Council — will keep an open mind," he said.

**(Update: 12:45 p.m.)**

At an unrelated news conference today at tech startup hub 1871, Mayor Rahm Emanuel responded to Mr. Ricketts' comments by saying he didn't think the Cubs would ever leave Wrigley Field.

"They said that they also know from their own business sense how important Wrigley Field is to their business, and how important Chicago is to their business," he said.

# Exhibit A-8-6

# CSN Chicago

Ricketts vs. rooftops: Cubs pushing to start Wrigley renovation

January 18, 2014, 6:30 pm

Share This Post




One year ago, they made a Cubs Convention splash, unveiling all those cool futuristic drawings of a Wrigley Field tricked out with party decks, luxury suites and a Jumbotron.

The Ricketts family changed the argument and promised to pay for all of it — if the city would just let them run their business and not treat the old ballpark like a museum.




But major construction hadn't begun by the time Cubs executives returned on Saturday to the Sheraton Chicago Hotel & Towers. The threat of litigation from the rooftop owners has left that $500 million Wrigleyville project in a holding pattern.

After losing one offseason of building, chairman Tom Ricketts now says the five-year plan could be squeezed into a four-year window with hopes to green-light the renovation in 2014.

"We may have found a way to shorten that," Ricketts said. "I think we can get it done in four now if we just switch some things around."

**[MORE: Cubs: Clark the mascot is here to stay]**

President of business operations Crane Kenney said the Cubs met with city officials and a bloc of rooftop owners last week, trying to resolve several issues. Kenney outlined the team's demands — enforcing capacity limits at the rooftop clubs, protection against "ambush marketing" and a clear understanding of how the Cubs can expand the bleachers and put up advertising signage "without their interference."

"We'd like them to not sue us," Kenney said.

The stalled renovation is a key piece to the business/baseball plans that are supposed to lift the Cubs out of last place and make them relevant again. Now Theo Epstein's baseball operations department is hoping that the new clubhouse and batting tunnels that were supposed to be ready by Opening Day 2014 will be built for the 2015 season.

"It's just another one of the things that we basically inherited that we're working to address," Ricketts said. "All the rooftop owners — I do like them personally and the experience is unique and it does give Wrigley a little bit of charm.

"But (if) this is a private investment of hundreds and hundreds of millions of dollars, we just have to know in 2023 when we no longer have a contract (with the rooftop owners) that we can do anything we want to the park

and do what's right for the team and not have to worry about the people across the street."

**[RELATED: Theo deflects Tanaka buzz, knowing Cubs face tough questions]**

Ricketts doesn't see the Cubs buying up all those neighborhood properties, which in hindsight is something the Tribune Co. should have done years ago.

"We've talked about it a little bit with some of the guys, but there's a whole bunch of different owners," Ricketts said. "They all have different goals and different timelines. It's just not as simple as that. They enjoy the lifestyle. They enjoy growing their business. It's not like you can just write a check."

In one PowerPoint presentation, Kenney portrayed the rooftops as a $20 million drag on the team's business.

"It's funny — I always tell this story when someone brings up the rooftops," Ricketts said. "So you're sitting in your living room watching, say, Showtime. All right, you're watching 'Homeland.' You pay for that channel, and then you notice your neighbor looking through your window watching your television.

"And then you turn around, and they're charging the other neighbors to sit in the yard and watch your television. So you get up to close the shades, and the city makes you open them. That's basically what happened."

Whenever the big renovation actually starts — and however long it takes — the Cubs have no plans to play on the South Side at U.S. Cellular Field or inside Milwaukee's Miller Park.

"We studied all the options, and it became pretty clear to us that the best answer was to do it in consecutive offseasons," Ricketts said. "Asking our fans to go watch Cubs baseball somewhere else just didn't feel right anyway."

***Patrick Mooney is the Cubs Insider for CSNChicago.com. You can follow Patrick on Twitter @CSNMooney.***

# Exhibit A-8-7

# Cubs still promising better days ahead

By **ANDREW SELIGMAN (AP Sports Writer)**
January 18, 2014 7:55 PM
AP - Sports

CHICAGO (AP) -- Chairman Tom Ricketts insisted there will be a day when results replace promises and headlines focus on victories for the Chicago Cubs.

It's just not here yet.

"There's only one way to do it and you have to do it the right way, and you can't take shortcuts," Ricketts said. "There's no way to cheat the devil on this."

The Cubs continue to pitch their long-term vision rather than short-term results, insisting the pain they're enduring will result in a payoff down the road. They point to top prospects such as Javier Baez, Jorge Soler and Kris Bryant. They mention new training facilities in the Dominican Republic and in Mesa, Ariz., and the planned renovations to Wrigley Field.

And the message remained the same when members of the Ricketts family and the front office fielded questions from fans at the Cubs convention Saturday.

"We're hoping that what we're doing is changing the culture and really creating the Cubs Way, which going forward will consistently put a team on the field that can compete to go the distance," board member Laura Ricketts said. "We're not shooting for one World Series. We're not shooting for one championship one year that 30 years from now we can all point back to and say, 'Remember that year how great it was?'"

The last few years have been quite difficult for the Cubs, and that's saying something for a franchise known for its championship drought.

The Cubs' most recent winning season was in 2009, when they won 83 games under Lou Piniella, and there doesn't appear to be much hope for a big jump next season. The process could speed up a bit if the Cubs land Japanese pitcher Masahiro Tanaka. They tried to sell him on hope, that he could be part of the turnaround if their prospects pan out, and they're selling the same thing to their fans.

They're also banking on the improvements to their facilities and the increased revenue and decreased maintenance costs of a renovated Wrigley Field. That $500 million overhaul remains on hold at the moment as talks continue with the neighboring rooftop owners, who hand over a percentage of their revenue to the team and could sue if the makeover obscures their views.

President of business operations Crane Kenney said they had two meetings last week with most of the rooftop owners and the city and that they made progress.

"I feel confident we're working our way toward the finish line," he said.

The Cubs initially projected the work on the stadium would take place over five offseasons. But now they think it could be done in four, although it would cost more.

Kenney said a lawsuit would delay progress. He said the Cubs are losing $20 million in bleacher sales due to the rooftops - the Cubs were filling the ballpark when they struck their revenue-sharing deal about a decade ago - and equated that to the annual salaries of Miguel Cabrera, Justin Verlander, Joe Mauer and Cole Hamels.

Ricketts, meanwhile, compared the rooftop owners to a neighbor peering through the living room window to watch TV.

"You're sitting in your living room watching Showtime. You're watching 'Homeland,'" he said. "You paid for that channel, and then you notice your neighbor looking through your window watching your television. You turn around and they're charging the other neighbors to sit in his yard and watch your television show. So you get up to close the shades, and the city makes you open them. That's basically what happened."

Kenney said a videoboard will be installed in left field in time for the 2015 season, and a resolution on the TV and radio deals could be in place before the 2014 opener. The Cubs' agreement with WGN expires after this season. Wherever they wind up, Kenney said longtime play-by-play radio announcer Pat Hughes will continue to call their games.

The new broadcast deals could provide a cash infusion for the club, and the Cubs insist added revenue will be invested back into the team.

President of baseball operations Theo Epstein also said money budgeted for the baseball side that is not spent could be rolled over to next winter, something that wasn't allowed under the previous regime.

"(The Ricketts family) know they're doing the right things to lay the foundation, to get this right, to turn this into a franchise that they can proud of for generations and generations," Epstein said. "I am more

proud of them for their willingness to take that heat and stick to their plan than I would be if they panicked the first time their name was dragged through the mud publicly and said, 'We can't do this. We need to put lipstick on this. And we need to find some quick fixes just to keep the fans and media at bay.' They're dragging the Ricketts name through the mud. They are in this for the long haul, and because of that, they're giving us the ability to lay the foundation. The Ricketts' vision is a long-term one, and our job is to implement it."

# Exhibit A-8-8

Neil H. Good Attorneys
deniedsocialsecuritybenefits.com
Social Security Disability Lawyer. No Fee Unless We Win. Call Us Now!

Mobile Web

Menu

# Ricketts: Wrigley revamp back on line

Darren Rovell **[ARCHIVE]**
ESPN.com
May 22, 2014

Share Tweet

In a move that is expected to lead to legal action by the Wrigleyville rooftop owners against the team, Chicago Cubs owner Tom Ricketts announced he has decided to go back to his original renovation and expansion plan for Wrigley Field that could significantly affect rooftop sight lines.

In a video published early Thursday morning on the team's website, Ricketts told fans he needed to move forward with his $500 million privately funded mission to revitalize the 100-year-old ballpark and the surrounding area in order to see the fruits of the revenue generators his counterparts enjoy. The video strongly connects the Cubs' lack of competitiveness in recent years with the inability to produce the revenue others teams are seeing.

"Being unable to improve our park puts us in the hole by tens of millions of dollars a year," Ricketts said.

In January 2013, Ricketts announced a master plan that included expanding the walls and bleachers; a signage plan to accommodate extensive advertising was never realized. His revised expansion plan requires Commission on Chicago Landmarks approval for additional seating, new lighting, four additional LED signs of up to 650 square feet and a 2,400-square-foot video board in right field.

Other changes sought by the Cubs that don't require commission approval include design modification to the player facilities, including expanding the Cubs' clubhouse. The visitors clubhouse also would be expanded. The Chicago Tribune reports the bullpens would be moved from the foul lines to underneath the bleachers, which would require the removal of some bricks and ivy.

The new setup would compromise the 15 rooftop owners across the street, whose revenue-sharing agreement with the team runs through the end of 2023. They give 17 percent of their gross revenues to the Cubs for the right to sell seats that peek into the park. Although Ricketts got approval from the local authorities to go through with his plan, he backed down from the aggressive design and settled for a more tempered version -- agreeing to put a sign in right field and a video board in left field in the name of peace and moving forward.

However, Ricketts still couldn't come to terms on a settlement with the rooftop owners, who threatened to sue. So rather than risk fighting them in court on the compromised plan, Ricketts has gone back to his more aggressive proposal.

"Unfortunately, this decision by the Ricketts family will now result in this matter being resolved in a court of law," Ryan McLaughlin, spokesman for the Wrigleyville Rooftops Association, said in a statement emailed to Chicago media outlets.

Ricketts tells fans in the video that he understands his reverting back to the original plan could have legal consequences he now accepts.

"We've spent endless hours negotiating with the rooftop businesses and we've gotten nowhere in our talks with them to settle this dispute," Ricketts says in the video. "It has to end. It's time to move forward. I have to put the team and the fans first.

"We hoped to avoid heading to the courthouse, but the most important thing is we want to exercise our right to expand and preserve the ballpark we own and love."

Ricketts is hoping to win over fans by having them sign a petition on the official stadium website that supports the original idea.

In his video, Ricketts says Wrigley has "the worst player facilities in Major League Baseball" and that the park is the only facility in the majors where the home team's hitters don't have a batting cage near the dugout. Ricketts says the hitters would cover a television, drop a net down and hit the ball off a tee into the net in the clubhouse.

"I'm not saying Wrigley is the reason why the Chicago Cubs haven't won a championship in more than 100 years," Ricketts says. "But I am saying it is the time to invest in Wrigley Field and do the things that our competitors do."

Mayor Rahm Emanuel's spokeswoman Sarah Hamilton released a statement by email, saying: "Like all Cub fans, the mayor doesn't want to wait for next year, and if this proposal helps the Cubs get closer to a ballpark renovation this fall -- and the jobs and neighborhood investments that come with it -- it's worth taking a look at."

Information from The Associated Press was used in this report.

Share Tweet

More News & Analysis

**All Top News**

News By Sport | Analysis By Sport

ESPN Mobile Web Home

ESPN.com | ABC News | Help | Search | Site Map | Terms of Use | Interest-Based Ads | Privacy Policy/Your California Privacy Rights

En Español | **SIGN IN**

# Exhibit A-8-9

# Ricketts: It's time to move forward

## Cubs chairman to submit revised expansion plan for Wrigley Field



By Carrie Muskat / MLB.com | May 22, 2014

CHICAGO -- The Ricketts family, which has delayed its efforts to renovate 100-year-old Wrigley Field while negotiating with the rooftop owners, now plans to go ahead with the ballpark's restoration and add additional signage in the outfield.

Cubs chairman Tom Ricketts sent a letter and video to Cubs fans late Wednesday, saying they are going to "put the team and the fans first."

Ricketts said they will submit a revised expansion plan to the Commission on Chicago Landmarks, asking for approval of additions to the original proposal to add several signs and a revised seating configuration in the outfield. If approved, Ricketts said they are prepared to begin construction.

The new outfield signs will provide an additional revenue source to help fund other parts of the restoration, Ricketts said. The revised expansion plan will include additional seating and open spaces in the Budweiser Bleachers, including new group terraces in right and left field and enclosed hospitality areas. They are also asking for new outfield lights that will reduce shadows, allowing fly balls to be lit from both front and back. All lighting will be directed inside the ballpark and not outside to the community.

Also, four additional LED signs of up to 650 square feet, and one additional 2,400-square foot videoboard in right field will be added to the ballpark.

The Cubs also have adjusted the design modifications for the clubhouse. Currently, the Cubs players utilize approximately 11,000 square feet, and the original expansion plan increased the clubhouse size to 19,000 square feet. The new plan further expands the clubhouse to 30,000 square feet and it will be located beneath the new outdoor plaza.

The visitor's clubhouse also will be expanded, and the home and visiting bullpens will be relocated from the field to an area under the expanded Budweiser Bleachers.

As part of the bleacher expansion, the proposed video scoreboard in left field will be reduced to 3,990-square feet, which is smaller than the one approved by the Chicago City Council and the Commission on Chicago Landmarks in 2013.

"We can't delay any longer," Ricketts said in the video. "The time to build a winner is now."

The video shows Ricketts in the Cubs' home clubhouse, demonstrating how players use a batting tee to warm up between innings.

"I'm not saying Wrigley Field is the reason the Chicago Cubs haven't won a World Championship in more than 100 years," Ricketts said. "But I am saying it's time to invest in Wrigley Field and to do the things our competitors do."

In July 2013, the city council approved the Cubs' $500 million plan, and did so again last December when the proposal was modified to include an expanded Wrigley Field footprint farther into Sheffield and Waveland Avenues, changes to the planned hotel, and placement of an arch over Clark Street rather than a pedestrian bridge.

The Ricketts, who are privately financing the project, had previously said they would not begin large portions of the renovation plan until the Wrigleyville Rooftop Association agreed it would not sue the team over blocked views. But the rooftop owners have made it clear that despite the city's approval and the Cubs' contractual rights, they plan to file lawsuits to stop the renovation and expansion plans.

"We've spent endless hours negotiating with the rooftop businesses," Ricketts said. "We've gotten nowhere in our talks with them to settle this dispute. It has to end. It's time to move forward."

Ricketts said they hope to avoid "going to the courthouse" to deal with the rooftop owners.

"Being unable to improve our park puts us in the hole by tens of millions of dollars every year," Ricketts said. "Our competitors in the Central Division don't suffer that restriction. They can put up signs in the outfield and create other revenue to invest in their baseball teams."

The elements approved last year include an open-air plaza outside Wrigley with ability to host an ice rink in the winter and add farmers markets in the summer, plus family activities and other community events.

They've also proposed a 175-room hotel in partnership with Starwood, plus a 40,000-square-foot Chicago Athletic Club, retail and food and beverage options for fans and for the community.

Also approved last year was restoration of Wrigley's facade, replacement of aging concrete and steel, the addition of new club space and group amenities

and additional restrooms and concessions throughout the ballpark.

This year marks the 100th anniversary of Wrigley Field, the second-oldest ballpark in the Major Leagues.

# Exhibit A-8-10

dnainfo.com
http://www.dnainfo.com/chicago/20140710/downtown/wrigley-field-expansion-plan-goes-before-landmarks-commission-today

# Wrigley Field Renovation Plan Approved by Landmarks Commission

Slideshow

Cubs Release Wrigley Field Expansion Plans



THE LOOP — After the Commission on Chicago Landmarks unanimously approved a $575 million wide-ranging, expanded plan to renovate Wrigley Field Thursday with two video boards and five outfield signs, Mayor Rahm Emanuel urged the team to continue to negotiate with the owners of rooftop clubs.

"The plan approved today for Wrigley Field is a step forward for the Cubs and the neighborhood," Emanuel said in a statement. "Not only does it uphold the architectural heritage of the stadium that Chicagoans can enjoy, but will generate thousands of jobs.

"I fully expect the owners to initiate the restoration of Wrigley Field and to invest in the surrounding Wrigleyville area, including traffic flow, security and public parks. In addition, discussions with the rooftop owners should — and must — continue so that this plan remains a win-win."

Before the unanimous vote, Crane Kenney, the Cubs' President of Business Operations, said the team would quickly apply for building permits and launch the renovation project when the season ends if granted approval.

"We're ready to go," Kenney told the landmarks panel. "We cannot wait any longer."

The commission, which must approve any significant changes to the 100-year-old Friendly Confines, which was designated a city landmark 10 years ago, soon approved the Cubs' latest plan.

The proposal was presented earlier this year following a continued standoff with the owners of the rooftop clubs that sit beyond the outfield walls.

The owners fear new signs, raised bleachers and new light standards in left and right field — all parts of the latest rehab plan — will block their customers' views of the ballpark.

After the vote, which took place without debate by commissioners, the rooftops owners issued a statement that expressed optimism for a compromise.

"The rooftop owners oppose the plan brought by the Ricketts family the Landmarks Commission approved today," said Ryan McLaughlin, spokesman for the Wrigleyville Rooftops Association. "If these signs were to be

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 118 of 137 PageID #:270
erected, the blockage would absolutely violate our 20-year contract, just as they violate the spirit of Wrigley's long-standing landmark status.

"However, we're optimistic that Mayor Emanuel's directive to the Ricketts family to work out a compromise with rooftop owners could create a breakthrough. In fact, every rooftop owner supports a plan that's currently on the table resulting in two signs that mitigate blockage, generates revenue to modernize Wrigley Field and takes litigation off the table. We look forward to sitting down with Crane Kenney and Tom Ricketts immediately and engaging in good-faith negotiations. We see a path for a win-win solution, and our intention is to report a global solution very quickly."

The rooftop owners have a revenue-sharing contract with the team — negotiated by Tribune Co. management under Kenney before the Ricketts family bought the club — that runs through the 2023 season.

Rooftop attorney Tom Moore said the 20-year deal established that the rooftop clubs would pay the Cubs 17 percent of gross revenue in exchange for unobstructed views — now approximately $4 million a year. Yet he added, "It's not about money, it's about monopoly. The Cubs want to own it all."

The Wrigley renovation appeared ready to move forward last year, with the city giving approval for a video board in left field and a raised advertising sign in right. But the Cubs held off on construction, seeking assurances from the rooftop owners they would drop threats to file suit over obstructed views.

When no such agreement was reached, Cubs Chairman Tom Ricketts released a video earlier this year detailing the expanded plan that would add five additional outfield signs to the two already approved by the commission and the City Council along with the bleacher changes, the move of the bullpens to under the bleachers and other modifications, including an expanded players' clubhouse.

Kenney said this was the team's original plan for the renovation, but it was scaled back in an attempt to appease rooftop owners. While he insisted on the team's readiness to proceed, he also signaled a willingness to compromise with rooftops, saying, "We will discuss with them every option to avoid litigation."

Beth Murphy, owner of Murphy's Bleachers, said she thought the commission's vote had been dictated by the mayor, who appoints its members. She said she was "disappointed but not surprised" by the vote, adding, "We knew this was coming."

The vote came after a top staffer on the Landmarks Commission, Assistant Commissioner Eleanor Gorski, recommended that the Cubs' new plan be approved. She testified that the Cubs' expanded plans for the Wrigley renovation "will not adversely affect the significant historical and architectural features of the landmark."

She did set a limit that the left- and right-field bleachers would not rise above the lowest seating level of the center-field bleachers, thus maintaining "the uninterrupted sweep and contour" of the outfield seating.

Gorski also approved the new outfield light standards and the move of the bullpens to an area underneath the bleachers, while noting that the video scoreboard in left field would diminish slightly in size in the Cubs' new plan.

"I know that this has been quite a process," Gorski concluded, "but I feel that we've reached a good product."

Kenney pointed out the light standards would allow them to remove lights that were to be posted above the video scoreboard, but added they were necessary because Wrigley is "one of the most poorly lit ballparks in Major League Baseball."

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 119 of 137 PageID #:271

The new plan had rattled Ald. Tom Tunney (44th) and gave pause to Mayor Emanuel, who this week urged the Cubs to "be a good neighbor" and maintain an "open-door policy" on negotiations with the rooftops.

Tunney pressed for a deferment Thursday, seeking more community input, but panel Chairman Rafael Leon responded, "My intention is not to defer the matter."

Quoting Yogi Berra's adage that "it's deja vu all over again," Tunney later characterized the Cubs' prevailing attitude as: "This is what we're going to do, neighborhood, take it or leave it." He said commission approval would give the Cubs "carte blanche" on signs. "This is a one-way street, as far as I'm concerned," Tunney added. "It's not fair."

Alley owner Mark Thomas, who is running against Tunney for alderman, spoke out during a public comment portion, saying it was one of the few times he agreed with Tunney, adding, "He represents completely the feeling of the community."

Jim Spencer, president of East Lake View Neighbors, called on the commission to look at the original documentation declaring Wrigley Field a landmark, adding, "You protect something not from fans, not from neighbors, but from owners." He called the latest rehab plans "game changing."

Although passed by the Landmarks Commission, each part of the plan will have to go through the city's permit process, part of which is played out in the City Council. "I don't think we're done," Tunney said. "It's never done."

At one point, Commissioner Ernest Wong got laughs from the packed Cook County Board Room where the meeting was held when he asked the Cubs to pledge to "never ever ever sell a sign to Donald Trump."

*The Cubs and Wrigley Field are 95 percent owned by a trust established for the benefit of the family of Joe Ricketts, owner and CEO of DNAinfo.com. Joe Ricketts has no direct involvement in the management of the iconic team.*

***For more neighborhood news, listen to DNAinfo Radio here:***

# Exhibit A-8-11

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 121 of 137 PageID #:273


# Start of Wrigley Construction Closes Streets, Leaves Tourists Disappointed

## Lakeview & Wrigleyville

## Business & Economy

Slideshow

Wrigley Field Construction




CHICAGO — Construction began at Wrigley Field Monday morning, making driving and parking in the congested area even harder and making a frequent tourist stop a lot less accessible.

The goal of the project is to debut a bleacher expansion, five outfield signs and two video boards by Opening Day 2015, a spokesman for the team said.

While residents have been preparing for the $575 million project for weeks, they gave mixed reactions on the impact of the neighborhood so far. Since Friday, portions of Waveland and Sheffield Avenue alongside Wrigley have been closed for construction; they won't reopen until March.

"It's a big mess," said one longtime resident who declined to give his name. "You can't get up and down Sheffield and Waveland. How about the people that live right here? ... It's only going to get worse."

The Cubs are working with the city and residents around the streets to create a traffic plan. Waveland Avenue still will have a lane of westbound traffic open during construction to accommodate fire trucks and ambulances for the fire station at 1052 W. Waveland Ave, Cubs officials said.

Others understood the goal of the renovations.

"It seems okay," said Adam Schofield, 41, a resident of the area for the past six years. "You always got to maintain these properties, but there's always a fine balance between upgrading to the 21st Century and messing with history."

Meanwhile, some tourists were disappointed.

Wayne Welsh, 55, came from Wyoming to visit his daughter, Hannah, in Lincoln Park, and made a detour to Wrigley Field. His late aunt was a huge fan and he would've liked to tour the stadium.

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 122 of 137 PageID #:274
[She] was a big Cubs fan, so I wanted to get a picture in front of Wrigley. She watched them for years on WGN," Welsh said.

His daughter, Hannah was equally upset when she realized she had missed her opportunity to catch a glimpse of the pre-construction Wrigley Field.

"I've lived here for a few months, now, I'm thinking maybe I should've gone to a game. I didn't know it was going to change so soon," she said.

David Flores, 27, an avid baseball fan from Puerto Rico, was on a personal tour of Midwest stadiums. He had caught a Cubs game at Miller Park in Milwaukee, Paul Konerko's last game at U.S. Cellular Field and was hoping for a tour of Wrigley Field.

"It's amazing. There's a lot of history here," Flores said gazing at the stadium from outside the construction Monday. He'll have to come back to get inside.

"I need to return. I think having the possibility to be inside the park, touch the wall and look out at the dugouts is very exciting," Flores said.

*The Cubs and Wrigley Field are 95 percent owned by a trust established for the benefit of the family of Joe Ricketts, owner and CEO of DNAinfo.com. Joe Ricketts has no direct involvement in the management of the iconic team.*

***For more neighborhood news, listen to DNAinfo Radio here:***

# Exhibit A-8-12

# $575 million Wrigley Field renovation starts today

Home > Contractors > $575 million Wrigley Field renovation starts today

On September 29, 2014

The huge $575 million renovation project of Wrigley Field is set to begin today (Sept. 27).




"Construction will begin in earnest on Monday with the demolition of the left- and right-field bleachers," Julian Green, a spokesman for the Cubs' construction team, was quoted saying in Dnainfo.com. "In addition, we will begin a large excavation of the red and purple lots along Clark St."

"Our plan is to have the bleacher expansion (completed) by Opening Day 2015," said Green. "That would include the installation of seven new outfield signs, including the left-field video board, as well as a smaller video board in right field."

In addition, construction crews are set to work on the foundation of a 30,000 sq. ft. underground clubhouse beneath the outdoor plaza, scheduled to open in 2016, and will work underground near the red and purple parking lots next to the field at Clark and Waveland throughout the winter.

Parts of Waveland and Sheffield Avenues beside Wrigley Field will be closed to the public beginning this Friday and will open in March 2015. Green said the Cubs are working with the city to create a traffic plan for residents who live on streets that intersect Waveland and Sheffield.

The Cubs won the Commission of Chicago Landmarks' approval in July for the project.

# Exhibit A-8-13

chicagocubsonline.com

http://chicagocubsonline.com/archives/2014/12/wrigley-field-restoration-update-landmarks-commission-approves-cubs-revised-plans.php#.VNOliJ3F-Lg

# Wrigley Field Restoration Update: Landmarks Commission Approves Cubs Revised Plans

Neil

The Cubs received approval Thursday from the Commission on Chicago Landmarks, by a vote of six to one, to proceed with the revised plans to restore, renovate and expand Wrigley Field. The Cubs appeared before the Landmarks Commission for the fourth time in 18 months.

The panel approved the reduction in number of outfield signs from seven to six with the removal of a script sign in left center field. The video board in right field was reduced from 2,400 square feet to 2,250 square feet and moved closer to the foul pole. By moving the right field board closer to the foul pole, it will be set lower. The sign that was planned for that location was moved to the other side of the video board and closer to the centerfield scoreboard.

The video board in left field was moved 30 feet closer to the iconic centerfield scoreboard. The video boards "will be a mix of gray and green, metallic and feature horizontal and vertical support posts" according to Danny Ecker.

The other approvals Thursday included "raising the height of two light standards beyond the bleachers to be even with the grandstand roof level" according to Crain's Chicago Business. Two elevators were added to the left field and right field bleachers for ADA compliance, additional wheelchair section was added in the bleachers and "slight modifications to a new planned western gate that opens into the triangle property adjacent to the park."

The National Park Service approved the left and right field video boards and a total of seven signs. According to the Tribune, the Cubs were told by the Park Service, "It is important that the cumulative impact of new signage in the outfield does not, in itself, create such a defining feature that the historic character of the stadium is altered."

By removing one outfield sign and reducing the total number of signs to six, the Cubs are expected to receive $75 million in federal tax credits which are essential to the restoration project once Wrigley Field is added to the National Register of Historic Places.

The Park Service also asked for the team to "modify the LED video ribbon board planned for the fascia of the upper deck grandstand" according to the Tribune. The Cubs agreed to reduce the length of the ribbon board.

According to the Tribune, it was also revealed Thursday "the team discovered during the bleacher renovations that portions of the brick wall may need to be replaced in the future. The goal for now is to keep the wall stable during the current phase." The Cubs "said they are prepared for any changes to the ivy and the wall, including protecting any ivy temporarily removed." Ivy is being "grown in greenhouses as a fallback option."

- Full Report from the Tribune (1)

# Exhibit A-9

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 128 of 137 PageID #:280


# Obsessive Wrigley Renovation Watch: Another Sign Mock-Up, Another Lawsuit Threat




Yesterday, the Chicago Cubs demonstrated another mock-up sign in right field, designed to emulate what the (presumably) imminent Budweiser sign will look like once erected. The demonstration, which used the words "Wrigley Field" for the sign, offered the rooftops outlining the outfield at Wrigley another opportunity to see how their views would be impacted by the sign, which has been approved by the City of Chicago. The Cubs and the rooftops have a revenue-sharing agreement through 2023, which the rooftops claim provides them with the right to unobstructed views into the park.

How did the rooftops react to the mock-up? Not well.

Per multiple reports (examples: Sun-Times, DNAinfo), a rooftop spokesperson said the mock-up blocked views, and if the final sign blocks views in the same way, legal action is forthcoming. For the Cubs' part, VP of Communications and Community Affairs Julian Green told the Sun-Times that, although the rooftops wouldn't have the "same" views they had before, all rooftops would still have a view into Wrigley Field. Now that the Cubs have a sponsor in Budweiser for the sign, Green said, they plan to move forward with it. It could be up as soon as next season.

So, how about the obstruction? Is it really as bad as the rooftops' bristling makes it sound?

There is a particular picture making the rounds that purports to demonstrate just how awful the sign would make views for the rooftops. This is the picture (appears in the Sun-Times piece, the DNAinfo piece with no source credited):



That's a pretty significant obstruction, yes? Well, hold on. I am a little suspicious of this picture (not its authenticity, but its utility) for a variety of reasons.

First, it's pretty obvious that the sign isn't actually set at the time the picture was snapped. Just look how high off of the back of the patio the sign is at that point – what is that, 10 feet too high? And the words "Wrigley" and "Field" are hanging, at an angle, offset awkwardly. This is not a finished product. Second, it appears that the sign is not set back 15 additional feet closer (and thus lower) to the rooftop building, as it would be when construction bumping out the outfield wall was completed. Third, we don't know which rooftop this shot is coming from, and what impact it would have on other rooftops besides this one particular rooftop. Fourth, the picture is limited in scope and is fixed in a particular location, amplifying the "blocking" feel.

Finally, and most notably, we don't know where on the rooftop building the picture was taken from – is it the very top? Is it through a lower-level window? Look at this picture of the rooftops over the right field wall and tell me where you think that original picture of the new sign was taken from. I have an extremely hard time believing that the picture emanated from the rooftop seats, as opposed to a lower-level in the building (where obstructed views should be much less of an issue).

Everyone seems to agree that there is *some* obstruction from the sign. But I am wondering if perhaps this particular picture – the only one making the rounds from the rooftop perspective – is being circulated by certain interested parties because it makes things look as direly awful as they can possibly look. Should the originator of the photo – whomever that may be – care to correct me, I'd be happy to make any appropriate corrections. Heck, we'd all love as much information about the picture as you'd be willing to share.

We've got plenty of gamesmanship going on already with respect to the meaning of the words "block," "obstruct," and "cannot," so it's only to be expected that there would be some gamesmanship being played with the "evidence" of these things. It's a shame that we can't just get a clear picture, so to speak, if what is actually going on, and what realities the parties are actually dealing with.

For the Cubs' part, they have once again suggested that they are entitled to put up the right field sign (the JumboTron in left field remains undiscussed in this context for some reason, which could be because everyone knows it will take longer to get in place (and it's a 'we'll get there when we get there' situation'), or because

Case: 1:15-cv-00551 Document #: 21-1 Filed: 02/12/15 Page 130 of 137 PageID #:282
everyone knows it won't significantly block views ... hopefully it's that one) because the City approved it. Without the rooftop contract in hand, I can't speculate on the precise language (which is always the key), but it sure sounds like the Cubs are moving forward in any case.

Something I still don't quite yet understand: the Cubs are unwilling to start construction on the renovation project until they know the rooftops won't sue to block the signs ... but the Cubs *are* willing to put up the very sign that could trigger that litigation? Are we simply approaching the point where the Cubs are going to call the rooftops out and force the litigation issue? Then, once that's resolved, the renovation can proceed? I guess it's conceivable, but I seriously hope it doesn't get to that point. Litigation, as I've said, is unpredictable and slow. Big money cases like this are often measured in years, not months, and I don't think anyone wants to see the renovation finally get underway in 2016.

So, I circle back to where I always land: hopefully the parties can work something out, whether it's some kind of new agreement, a purchase agreement, or some kind of politically-forced stand-down by the rooftops. The sooner the Cubs get their signage in place, the sooner new revenue starts rolling in. And the sooner the meat of the renovation gets underway. And the sooner fans can see the fruits of that revenue and renovation on the field and in the stands.

Copyright © 2015 — Bleacher Nation | Unofficial Chicago Cubs News, Rumors, and Commentary, and Get My Bat Media, LLC. All Rights Reserved.

# Exhibit A-10-1


3627
Skybox
3633
Lakeview
Club
3639
Lourgos
3643
Loukas
LAST CALL
Wrigley Field
CHICAGO CUBS
CARDINALS
CHICAGO CUBS

# Exhibit A-10-2


3643
Cubs
3639
Cubs
3633
Lakeview
Club
3627
Skybox
CHICAGO CUBS
NATIONAL
AMERICAN
CUBS
CARDINALS
MLB TONIGHT
MLB NETWORK

# Exhibit A-11

Cars Auto Financing Event Tickets Jobs Real Estate Online Degrees Business Opportunities Shopping

Search How do I find it? Subscribe to paper

Become a member of the USA TODAY community now!
Log in | Become a member What's this?

USA TODAY Home News Travel Money Sports Life Tech Weather

Sports » MLB Fantasy Daily Pitch Teams Scores Standings Stats Schedules Odds/Matchups More

Chicago Cubs Buy Cubs Tickets
Team report | Schedule | Salaries | Roster | Depth chart | Player notes | Injuries | Transactions | Statistics

# New Cubs owner Ricketts vows to win World Series

Updated 10/30/2009 8:29 PM | Comment | Recommend

E-mail | Print |

Share
Add to Mixx
Facebook
Twitter
More
Subscribe
myYahoo
iGoogle
More



Enlarge By Jim Prisching, AP

Tom Ricketts, representing his family, the new owners of the Chicago Cubs, vowed to bring the team a World Series title.

CHICAGO (AP) — Tom Ricketts and his family took ownership of the Chicago Cubs and wasted no time making a promise to the team's long-suffering fans: They will bring a World Series title to a team that has gone 101 years without one.

"I'll be honest. I think we have a team that can do it next year," Tom Ricketts said without hesitation Friday at a Wrigley Field news conference. "The fact is, there is enough talent coming back to this team next season."

Cubs fan have heard that before, of course. For the record, Ricketts doesn't buy the talk of a curse that was put on the team at the 1945 World Series — the Cubs' last appearance — by a man who was ejected from a game with his pet goat.

"There is no curse. There is no curse," Ricketts said. "If anybody on our team thinks he's cursed, we will move him to a lesser-cursed team."

There were plenty of smiles and a few jokes from the new owners on a rainy day in Chicago, and Ricketts said no shakeups were planned for a team that failed to make the playoffs for the first time in three years.

General manager Jim Hendry, whoise contract runs through 2012, has earned the chance to lead the team into next season, Ricketts said. Crane Kenney, who was the team's chairman, will stay on as team president and be responsible for the business of the team.

And the new owner said he wants manager Lou Piniella to return next season, the final year of his four-year deal.

"Everyone was disappointed with the performance of the team in 2009. Expectations were very high and they weren't met," Ricketts said. "In the big picture, Jim has taken us to the playoffs three times in the past seven years after a team that only went three times in the previous 57 years. So I think he has a track record that affords giving him the chance to take us into next season."

Ricketts wouldn't comment on the future of outfielder Milton Bradley (FSY), who was suspended for the final two weeks of the season for criticizing the atmosphere surrounding the Cubs. Bradley, who struggled mightily in his first season in Chicago, has two years left on his contract for $21 million.

"It's Jim's decision, it's his responsibility to put the best team on the field next year and that will be his decision on what to do with all the players," Ricketts said.

The family of billionaire Joe Ricketts, the founder of Omaha-based TD Ameritrade, this week closed the $845 million deal to buy a 95% controlling interest in the Cubs, Wrigley Field and 25% of Comcast Sportsnet, which broadcasts a number of Cubs game. The Tribune Co. retains a 5% stake.

"It is a dream situation, a dream job. It's the best franchise in sports," Tom Ricketts said an interview with The Associated Press. "And I don't know any fans who wouldn't want to end up in the situation we're in today. The good news is that even though it's a dream job, it's still a business."

Ricketts and his siblings Laura, Todd and Pete — all Cubs fans who have spent plenty of weekends in the Wrigley Field bleachers — will be on the board of directors that Tom will head as chairman.

Tom Ricketts, who met his wife in those bleachers and once lived across the street from the venerable ballpark, now runs the team he has cheered for since the 1980s.

"Everyone needs to know we are here for the long term and we are here to win," Ricketts said.

A long-term plan will be devised to make improvements to Wrigley Field, the second-oldest ballpark in the majors that was built in 1914. Smaller upgrades will be implemented by next season.

Ricketts said there would be a small bump in the team's payroll — one that was around $135 million last season — and a slight increase in ticket prices. There has been no discussion of a naming rights deal for Wrigley. And the Cubs are exploring new spring training options after years in Mesa, Ariz.

2009 POSTSEASON

World Series breakdown: Position-by-position breakdown.

World Series schedule: Complete postseason schedule, past results.

Panoramas: Explore the Series' venues.

Bloggin' baseball: USA TODAY chose a fan blogger for the two World Series teams to contribute to our coverage. Read their blogs and banter.

Mr. October: Using a formula developed by our staff, USA TODAY will track this postseason's most prolific pressure performer. Players' stats and "October points" will update after every game and by month's end, we will crown this year's Mr. October.

Photo gallery: Catch the postseason highlights in pictures.

Yankees blog: Read posts from The (Westchester, N.Y.) Journal News

Phillies blog: Read posts from The (Wilmington, DE) News Journal

"You got to watch your expenses, you got to be careful with your payroll, you've got to look for ways to improve, improve your relationship with the fans and to keep growing the business," he said.

He said his management style will be to hire qualified people, let them do their jobs and yet hold them accountable.

"You're not going to see me or anyone else in this family calling the dugout during the game," he said, though you will probably will the owners at games. "We're going to walk around and see folks and be in the stands."

Tribune announced on Opening Day in 2007 that the Cubs and Wrigley Field would be sold at the end of that season. But the process took much longer, slowed by the recession and Tribune's 2008 bankruptcy filing.

Ricketts, a market maker at the Chicago Board Options Exchange and a finance executive before starting investment bank Incapital LLC in 1999, said he never negotiated directly with Tribune CEO Sam Zell.

"Just with people from his organization and they were fine. They are hard bargainers, I suppose, but it was just a complicated negotiation," he said.

Did Ricketts ever have second thoughts?

"I would say it was a little more difficult than we imagined and certainly the environment that existed when the transaction began was not the environment that we had when the transaction closed," he said.

Ricketts called the work ahead "daunting," particularly the work on Wrigley. Any changes, Ricketts said, will not tread on the atmosphere that makes Wrigley Field unique.

"We can't mess with that special feeling," Ricketts said.

*Copyright 2009 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

**You might also be interested in:**

**Exclusive excerpt: 'A SEAL's Secret' by Tawny Weber** *(USATODAY.com)*

**Photos: Stars grace 2015 Grammy red carpet** *(USATODAY.com)*

**Must-read romances: 'Mayhem,' 'Riot,' 'Jag,' 'Rush'** *(USATODAY.com)*

**Snowstorm wallops Boston with 20 more inches; records fall** *(USATODAY.com)*

Selected for you by a sponsor:

**If You Eat Well And Exercise Everyday These 10 Things Will Happen** *(Wizzed)*

Mixx |

Posted 10/30/2009 12:46 PM

Updated 10/30/2009 8:29 PM

E-mail | Print |

*To report corrections and clarifications, contact Reader Editor* ***Brent Jones****. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com.*

**Guidelines:** You share in the USA TODAY community, so please keep your comments smart and civil. Don't attack other readers personally, and keep your language decent. Use the "Report Abuse" button to make a difference. Read more.

**Newspaper Home Delivery - Subscribe Today**

Home • News • Travel • Money • Sports • Life • Tech • Weather

**About USATODAY.com:** Site Map | FAQ | Contact Us | Jobs with Us | Terms of Service
Privacy Policy/Your California Privacy Right | Advertise | Press Room | Developer | Media Lounge | Reprints and Permissions

**News Your Way:** Mobile News | Email News | Add USATODAY.com RSS feeds | Twitter | Podcasts | Widgets

**Partners:** USA WEEKEND | Sports Weekly | Education | Space.com | Travel Tips

Copyright 2011 USA TODAY, a division of Gannett Co. Inc.