IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RIGHT FIELD ROOFTOPS, LLC, ) | | |
| d/b/a SKYBOX ON SHEFFIELD; ) | | |
| RIGHT FIELD PROPERTIES, LLC; ) | | |
| 3633 ROOFTOP MANAGEMENT, LLC, ) | | |
| d/b/a LAKEVIEW BASEBALL CLUB; and ) | | |
| ROOFTOP ACQUISITION, LLC, ) | Case No. 15cv551 | |
| ) | | |
| Plaintiffs, ) | Hon. Virginia M. Kendall | |
| ) | | |
| v. ) | Magistrate Judge Michael T. Mason | |
| ) | | |
| CHICAGO BASEBALL HOLDINGS, LLC; ) | | |
| CHICAGO CUBS BASEBALL CLUB, LLC; ) | | |
| WRIGLEY FIELD HOLDINGS, LLC; and ) | | |
| THOMAS S. RICKETTS, ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFFS' MOTION TO AMEND JUDGMENT
AND FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Rules 15(a) and 59(e) of the Federal Rules of Civil Procedure, Plaintiffs Right Field Rooftops, LLC, d/b/a Skybox on Sheffield, Right Field Properties, LLC, 3633 Rooftop Management, LLC, d/b/a Lakeview Baseball Club, and Rooftop Acquisition, LLC (collectively, "Plaintiffs"), by their undersigned attorneys, respectfully request this Court to amend or alter the judgment and to grant them leave to file a First Amended Complaint, attached as Exhibit 1 hereto. In further support of this Motion, Plaintiffs have filed concurrently a supporting memorandum and submit the Declaration of Marc Anguiano, attached as Exhibit 2 hereto.

1

Respectfully Submitted,

Right Field Rooftops, LLC, d/b/a Skybox on Sheffield, Right Field Properties, LLC, 3633 Rooftop Management, LLC, d/b/a Lakeview Baseball Club, and Rooftop Acquisition, LLC


/s/ *Thomas M. Lombardo*_____
By: Thomas M. Lombardo
One of their Attorneys

Thomas M. Lombardo (6279247)
Abraham Brustein (327662)
Di Monte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068
847-698-9600 tel
847-698-9623 fax
tlombardo@dimontelaw.com
abrustein@dimontelaw.com


James R. Figliulo (#6183947)
Stephanie D. Jones (#6220362)
Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL 60603
T: (312) 251-4600
F: (312) 251-4610
jfigliulo@fslegal.com
sjones@fslegal.com

## CERTIFICATE OF SERVICE

The undersigned counsel certify that a copy of the foregoing:

**PLAINTIFFS' MOTION TO AMEND JUDGMENT
AND FOR LEAVE TO FILE AMENDED COMPLAINT**

will be caused to be served upon counsel of record via electronic notification by the United States District Court's ECF System on October 28, 2015.

      /s/ Thomas M. Lombardo