# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

September 1, 2017

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:
    WILLIAM J. BAUER, Circuit Judge
    FRANK H. EASTERBROOK, Circuit Judge
    KENNETH F. RIPPLE, Circuit Judge

| | |
|---|---|
| No. 16-3582 | RIGHT FIELD ROOFTOPS, LLC, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CHICAGO CUBS BASEBALL CLUB, LLC, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-00551<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

The District Court's dismissal of the Rooftops' suit is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: 132)